**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x

Mitre Sports International Limited,

                Plaintiff,

    -against-

Home Box Office, Inc.,

                Defendant.

------------------------------------- x

ORDER
08 CV 9117 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff's request that this Court reverse Magistrate Judge Pitman's October 16, 2009 amended order ("Order") directing Mitre to complete its document production is denied.

    Plaintiff's request that this Court reverse that portion of Magistrate Judge Pitman's Order denying Mitre's application to compel HBO to produce unredacted copies of its documents is denied.

    Plaintiff's request that this Court reverse that portion of Magistrate Judge Pitman's Order denying Mitre's application to compel Defendant to supplement its responses to Plaintiff's interrogatories is denied.

    Plaintiff's further request that this Court reverse that portion of Magistrate Judge Pitman's Order quashing the 30(b)(6) notice of deposition concerning the broadcast episode of Curb Your Enthusiasm is denied.

Plaintiff's request that this Court reverse that portion of Magistrate Judge Pitman's

Order permitting discovery to go back to 1997 is denied.

Dated: November 23, 2009
New York, New York

SO ORDERED:

*George B. Daniel* (signature)
GEORGE B. DANIELS
HON. GEORGE B. DANIELS
United States District Judge