```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3/22/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MITRE SPORTS INTERNATIONAL        :
LIMITED,
                                  :

                 Plaintiff,       :        08 Civ. 9117 (GBD)(HBP)

                                  :
     -against-                             ORDER
                                  :

HOME BOX OFFICE, INC.,
                                  :

                 Defendant.       :
-----------------------------------X

          PITMAN, United States Magistrate Judge:

          I write to memorialize the rulings I made during the

course of a tape-recorded conference held on March 1, 2010 during

which various discovery issues were discussed:

          1. Mitre's application for permission to disclose

     contact information for Manpreet Kaur and Harrinder

     Singh to a private investigator for the purpose of

     ascertaining their current contact information was

     granted.  Mitre was also granted permission to disclose

     to a private investigator that Kaur and Singh are

     reporters.

          2. Consistent with Judge Daniels' June 2, 2009

     Order, Home Box Office, Inc. was directed to attempt to

     contact Kaur and determine her current address.

Specifically, Home Box Office, Inc. was directed to ask Ms. Mamdani to contact Kaur via e-mail and request this information.  Ms. Mamdani was permitted to disclose the purpose of her inquiry and was directed to answer any questions raised by Kaur honestly.  This Order is without prejudice to a motion for sanctions if Mitre believes that Home Box Office, Inc. has not complied with Judge Daniels' Order.

Dated:  New York, New York
        March 22, 2010

                            SO ORDERED


                            _____
                            HENRY PITMAN
                            United States Magistrate Judge


Copies transmitted to:

Lloyd E. Constantine, Esq.
Constantine Cannon PC
450 Lexington Avenue
New York, New York 10017

Slade R. Metcalf, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, New York 10022

2