```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

MITRE SPORTS INTERNATIONAL         :
LIMITED,
                                   :
              Plaintiff,               08 Civ. 9117 (GBD)(HBP)
                                   :
     -against-                         OPINION
                                   :   AND ORDER
HOME BOX OFFICE, INC.,
                                   :
              Defendant.
                                   :
-----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/10

PITMAN, United States Magistrate Judge:

It is hereby ORDERED that:

1. Counsel for Mitre is directed to advise me no later than the close of business on April 27, 2010 whether Mitre objects to HBO's application for Letters of Request under the Hague Convention which were submitted to the Court on April 22, 2010. If Mitre objects to the application, it is directed to set forth the bases for its objections.

2. Counsel for Mitre is directed to submitted its response to HBO's application to reopen the Anderson

deposition no later than the close of business on April 29, 2010.

Dated:  New York, New York
        April 22, 2010

> SO ORDERED
>
> _____
> HENRY PITMAN
> United States Magistrate Judge

Copies transmitted to:

Lloyd E. Constantine, Esq.
Constantine Cannon PC
450 Lexington Avenue
New York, New York 10017

Slade R. Metcalf, Esq.
Hogan & Hartson LLP
875 Third Avenue
New York, New York 10022