UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MITRE SPORTS INTERNATIONAL LIMITED,                     :
                                                        :
                  Plaintiff,                            : Case No.: 08 CIV 9117
(GBD)(HBP)                                              :
                                                        :
          -against-                                     :
                                                        :      **DECLARATION**
**OF**                                                  :      **BRYANT GUMBEL**
HOME BOX OFFICE, INC.,                                  :
                                                        :
                  Defendant.                            :
                                                        :
-------------------------------------------------------------------X

       I, BRYANT GUMBEL, declare as follows:

I am the host of and a frequent correspondent for the series *Real Sports With Bryant Gumbel* ("Real Sports"), which is an original production of Home Box Office, Inc. ("HBO"). This declaration is based on my personal knowledge and on documents kept by HBO in the ordinary course of business. If called as a witness, I could and would testify competently to these facts under oath.

I have hosted Real Sports since its debut on April 2, 1995. Real Sports is now a monthly news magazine program that goes beyond statistics with an inside look at the modern world of sports, highlighted by unique and in-depth profiles on athletes and timely investigative pieces.

The episode of Real Sports that premiered in September 2008 contained a segment entitled "Children of Industry" (the "Segment"), which discussed the use of child labor to stitch

soccer balls in India.

**<u>Professional Background</u>**

I have been a professional broadcast journalist for over 35 years.  My work in broadcast journalism began in October 1972 as a sportscaster for KNBC – TV in Los Angeles.

From 1975 to 1982, I worked for NBC Sports, serving as the host of virtually all of its primary programs and championship event broadcasts, including Major League Baseball, the National Football League, and the NCAA basketball tournament.

In 1982, after occasionally contributing features to NBC's morning program, The TODAY Show, as its chief sports reporter, I became the host of that program, where I worked for 15 years.  My responsibilities there included interviewing, reporting, anchoring, moderating dialogue, and hosting special segments, at times from international or remote locations.

In 1997, I joined CBS News.   For several years I hosted a prime-time program titled "Public Eye," as well as the network's morning news program, "The Early Show."  Public Eye was a primetime news magazine program which I developed and hosted.  The format was similar to Real Sports, except that it covered a broader universe of subjects.   My responsibilities on The Early Show were largely similar to those on The TODAY Show.  I stopped working at CBS in 2002.

Throughout the course of my career, I anchored and reported from many areas in the world, including Europe, China, Australia, Russia, Cuba, sub-Saharan Africa and the Middle East. I covered the outbreak of the Persian Gulf War from Saudi Arabia, the reopening of the arms negotiations from Geneva, and the tenth anniversary of the fall of Saigon from Ho

Chi Minh City.

I have received many awards for my work, including the Edward R. Murrow prize for Outstanding Foreign Affairs work from the Overseas Press Club, an Edward Weintal Prize for diplomatic reporting, a George Foster Peabody Award for my efforts in Vietnam, four Emmy Awards, the National Association of Minorities in Cable's annual award, the Frederick D. Patterson Award (the United Negro College Fund's highest honor), the Martin Luther King Award from the Congress of Racial Equality, three NAACP Image Awards, the International Journalism Award from TransAfrica, the Africa's Future Award from the U.S. Committee for UNICEF, and the leadership award from the African American Institute.

I graduated from Bates College in Lewiston, Maine with a liberal arts degree in 1970. I have since received honorary doctorates from Bates, Xavier, Holy Cross, Providence College, and Clark Atlanta University.

## Preparing and Hosting A Segment At Real Sports

I have three main responsibilities at Real Sports. First, I host the program itself, which involves introducing, concluding and segueing between segments in an episode, and giving a closing commentary. Second, I frequently work as a correspondent for certain segments. As a correspondent, I often contribute to preparing scripts, conduct interviews, and help craft the structure and contents of the segment. Third, for segments where I am not the correspondent, I participate in the cross-talk, which is a discussion between me and the correspondent for that segment.

Each episode of Real Sports begins with a scripted opening in which I provide a brief overview of the segments that make up that episode.  Generally, each segment is composed of a produced video package followed (if I am not the correspondent) by what we call a "cross-talk" exchange.  The cross-talk is a discussion that I have with the correspondent for the segment, in which we discuss issues I found particularly interesting and/or questions I think the viewer might raise after seeing the package.

As the host, my involvement in preparing a segment is limited; much of the work is done by the highly experienced Real Sports staff.  I am often involved in discussions about whether to approve, or "green light", particular segment ideas.  These conversations often, but not always, occur approximately six months before the segment premieres.  Producers and other individuals assigned to work on an approved segment idea, including myself when I am the correspondent, then spend significant time researching, taping, editing and otherwise preparing the piece.

In most instances, approximately four to five days before a segment is scheduled to premiere, I receive a "rough cut" (or a draft video) of the segment and review it prior to taping the cross-talk portion of the segment.  The cross-talk portion of the segment is most often taped the morning the Segment is scheduled to premiere.  On occasion, usually prompted by scheduling conflicts, we tape the cross-talk the day before the segment is scheduled to premiere; or earlier for certain special episodes such as the year end roundtable.  I do not tell the producer or the correspondent in advance what questions I will

ask.

## The Segment

My involvement in the preparation of the Segment was consistent with the normal practices and procedures I outlined above. I hosted the episode containing the Segment and was not a correspondent for the Segment.

I first learned about the idea for the Segment in 2008, several months before it premiered, when I was part of the decision to green light the piece. While I do not recall asking any particular questions at that time, I would have raised any issues and required that they be addressed prior to agreeing that Real Sports should go forward with that topic.

Several other individuals also were involved in the decision to green light the Segment, including Ross Greenburg (the president of HBO Sports and one of the executive producers of Real Sports), Rick Bernstein (another executive producer of Real Sports), Kirby Bradley (the senior producer of Real Sports), and possibly Joe Perskie (a coordinating producer).

My next involvement with the Segment was in early September 2008, when I received a rough cut of the Segment, which I reviewed at least once and used to prepare for the cross-talk.

I was impressed by the good work displayed in the rough cut and did not have any concerns about its production or accuracy after viewing it.

I had heard of Mitre prior to reviewing the rough cut, although I am not a soccer fan and have never attended a professional soccer game.

On September 15, 2008, I sat down with Bernard Goldberg, the Segment correspondent, and engaged in the cross-talk, which was taped at HBO's studios in New York.

I am not aware of any changes that may have been made to the Segment or any discussions about any such possible changes between the time that I reviewed the rough cut and when the Segment premiered on September 16, 2008.

At the time the Segment premiered, I believed that the information reported in the Segment was true, and I still believe it to be true today.  At no time, before the Segment premiered, or since, did any person or entity provide me with any information that led me to believe that any information in the Segment was false.

Throughout my many years working with Ross Greenburg, Bernard Goldberg, Kirby Bradley, and Joe Perskie, I have always found them reliable and trustworthy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration was executed on April 2, 2011.

BRYANT GUMBEL

PAGE 4