UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MITRE SPORTS INTERNATIONAL LIMITED,           :
                                              :
                        Plaintiff,            :
                                              :
            v.                                :   Case No. 08 CIV 9117 (GBD) (HBP)
                                              :
HOME BOX OFFICE, INC.,                        :   **NOTICE OF MOTION**
                                              :
                        Defendant.            :   **ORAL ARGUMENT REQUESTED**
                                              :
------------------------------------------------------------x

  **PLEASE TAKE NOTICE,** that upon the annexed declaration of Ankur Kapoor and the exhibits annexed thereto, Plaintiff Mitre Sports International Limited's Statement of Material Facts pursuant to Local Rule 56.1, and Mitre's Brief in Support of Partial Summary Judgment That HBO Defamed Mitre, the undersigned will move this Court, before the Honorable George B. Daniels, United States District Judge, United States District Court, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at date and time as shall be set by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Mitre's motion for partial summary judgment and holding that Home Box Office, Inc. defamed Mitre Sports International Limited, and granting such other and further relief as this Court may deem just and proper.

Oral argument, which is requested, will be on a date and at a time to be designated by the Court.

Dated: April 15, 2011

                        Respectfully submitted,

                        **CONSTANTINE CANNON LLP**

                        By: _____
                             Lloyd Constantine
                             Ankur Kapoor
                             Jean Kim
                             Sam Rikkers
                             335 Madison Avenue
                             9th Floor
                             New York, N.Y. 10017
                             (212) 350-2700
                             (212) 350-2701 (fax)

                             Jason Enzler
                             Ross Fisher
                             One Franklin Square
                             1301 K Street, N.W.
                             Suite 1050 East
                             Washington, D.C. 20005
                             (202) 204-3500
                             (202) 204-3501 (fax)

194388.1