Filed Under Seal

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MITRE SPORTS INTERNATIONAL LIMITED,         :
                                            :
          Plaintiff,                        :   Case No.: 08 CIV 9117(GBD)(HBP)
                                            :
     -against-                              :
                                            :   **NOTICE OF MOTION**
HOME BOX OFFICE, INC.,                      :
                                            :
          Defendant.                        :
                                            :
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the memorandum of law, the declaration of R. Brian Black, sworn to the 21st day of April, 2011, and the exhibits annexed thereto, all submitted herewith, and upon all prior papers and proceedings heretofore had herein, the undersigned will move this Court, before the Honorable George B. Daniels, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at date and time as shall be set by the Court, for an order striking the expert report of Scott Elder.

Dated:  April 22, 2011                      Respectfully submitted,

Of Counsel:                                 By: _____
Stephanie S. Abrutyn                             Slade R. Metcalf
Home Box Office, Inc.                            R. Brian Black
1100 Avenue of the Americas                      Collin J. Peng-Sue
New York, New York 10036                         HOGAN LOVELLS US LLP
                                                 875 Third Avenue
                                                 New York, New York 10022
                                                 Tel: (212) 918-3000

                                            *Attorneys for Defendant Home Box Office, Inc.*

\\\NY - 033845/000001 - 2317844 v1

TO: Lloyd Constantine
Ankur Kapoor
Jean Kim
Sam Rikkers
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Tel. (212) 350-2700
lconstantine@constantinecannon.com
akapoor@constantinecannon.com
jkim@constantinecannon.com
srikkers@constantinecannon.com
*Attorneys for Plaintiff Mitre Sports International Limited*