# CONSTANTINE CANNON LLP

**Lloyd Constantine**
212-350-2702
lconstantine@constantinecannon.com

NEW YORK | WASHINGTON | LONDON

May 19, 2014

**VIA ECF**
Honorable George B. Daniels
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Mitre Sports International Limited v. Home Box Office, Inc.*
               (No. 08-CIV-9117)

Dear Judge Daniels:

      I write on behalf of plaintiff Mitre Sports International Ltd. ("Mitre") in the above-styled case, commenced on October 23, 2008 and in which both fact and expert discovery concluded well over three years ago.

      Given Your Honor's decision, filed on May 16, 2014 (Dkt. No. 298) (granting Mitre's Summary Judgment motion and finding that Mitre is not a "public figure," and denying all other Summary Judgment motions), Mitre respectfully requests that Your Honor set a trial date and pre-trial schedule for this matter. Should the Court deem advisable consultation with the parties prior to setting such dates, we are available to do so immediately and on any date convenient for Your Honor.

                              Respectfully submitted,

                              /s/ Lloyd Constantine

                              Constantine Cannon LLP
                              *Counsel for Mitre*

cc:    Katherine M. Bolger, Esq. (by email)
       Levine Sullivan Koch & Schulz, LLP
       *Counsel for Defendant Home Box Office, Inc.*