**LSKS | LEVINE SULLIVAN KOCH & SCHULZ, LLP**

321 West 44th Street
Suite 1000
New York, NY 10036
(212) 850-6100 | Phone
(212) 850-6299 | Fax

Rachel F. Strom
(212) 850-6102
rstrom@lskslaw.com

June 4, 2014

**BY FACSIMILE** (212) 805-6737

The Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 16 2014]

[Handwritten: SO ORDERED: /s/ George B. Daniels, U.S.D.J.  JUN 17 2014]

Re:   Mitre Sports International Limited v. Home Box Office, Inc.
      (No. 08-CIV-9117)

Dear Judge Daniels:

We represent Defendant Home Box Office, Inc. ("HBO") in the above-referenced action, and are writing at the direction of the ECF help desk clerk to request that Your Honor terminate the following attorneys from this matter because they no longer represent HBO:

Slade R. Metcalf, who has retired.

Toby William Smith, who no longer works at the firm representing HBO.

Christine Wagner, who no longer works at the firm representing HBO.

Collin James Peng-Sue, who no longer works at the firm representing HBO.

Thank you in advance for your assistance with this matter.

Respectfully submitted,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: /s/ Rachel Strom
    Rachel Strom

cc:   Lloyd Constantine (via electronic mail)