UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MITRE SPORTS INTERNATIONAL LIMITED,

                            Plaintiff,

-against-

HOME BOX OFFICE, INC.,

                            Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 08-CIV-9117 (GBD)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 07 2014

## ORDER

Upon consideration of the motion of David A. Schulz and Rachel F. Strom of Levine Sullivan Koch & Schulz LLP to withdraw as counsel of record in this case, and satisfactory reasons having been presented therefor, it is this 7 day of October hereby

ORDERED that the Motion to Withdraw as Counsel is granted.

OCT 07 2014

_____
George B. Daniels
United States District Judge