December 30, 2014

**BY ECF AND FACSIMILE**

Honorable George B. Daniels
United States District Judge
 Southern District of New York
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: *Mitre Sports Int'l Ltd. v. Home Box Office, Inc.*, No. 08-CIV-9117
     Proposed Stipulation and Order regarding schedule for motions *in limine* and
     *Daubert* motions

Dear Judge Daniels:

  Undersigned counsel represent the plaintiff and defendant in the above-captioned case, Mitre Sports International Limited ("Mitre") and Home Box Office, Inc. ("HBO"). At the December 11, 2014, pretrial conference, the Court granted the parties leave to submit a proposed schedule for the filing of motions *in limine* and *Daubert* motions, with the instruction that all motions are to be fully submitted in advance of the final pretrial conference on March 19, 2015. Attached is a stipulation and proposed order that incorporates the following schedule:

  1. Opening briefs for all motions *in limine* and *Daubert* motions shall be filed on or before February 13, 2015.

  2. Irrespective of the date that opening briefs were filed, all oppositions shall be filed on or before February 27, 2015.

  3. Irrespective of the date that oppositions were filed, all replies shall be filed on or before March 6, 2015.

  As agreed at the pretrial conference, each party's opening and reply briefs shall not exceed 60 pages in the aggregate, and each party will be limited to a total of 60 pages for opposition briefing.

309622.3

December 30, 2014
Page 2

|  |  |
|---|---|
|  | Respectfully submitted, |
| *(signature)* | *(signature)* /TDS |
| Lloyd Constantine | Kevin T. Baine |
| CONSTANTINE CANNON LLP | WILLIAMS & CONNOLLY LLP |
| *Counsel for Plaintiff Mitre* | *Counsel for Defendant HBO* |

cc:   The Honorable Henry B. Pitman (by facsimile)

309622.3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MITRE SPORTS INTERNATIONAL LIMITED, :
                            Plaintiff,            :   No. 08-CIV-9117 (GBD)(HBP)

                  v.                            :   **STIPULATION AND**
                                                :   **PROPOSED ORDER**
HOME BOX OFFICE, INC.,

                         Defendant.      :
---------------------------------------------------------------x

WHEREAS, trial in this case is scheduled to begin on April 13, 2015;

WHEREAS, the Court's Individual Rules and Practices would require the parties to file all motions *in limine* on March 27, 2015;

WHEREAS, at the December 11, 2014, pretrial conference, the Court granted the parties leave to submit a proposed schedule for filing all motions *in limine* and *Daubert* motions, and requested that all such motions be fully submitted in advance of the final pretrial conference scheduled for March 19, 2015;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff Mitre Sports International Limited ("Mitre") and Defendant Home Box Office, Inc. ("HBO") that:

    1.    Opening briefs for all motions *in limine* and *Daubert* motions shall be filed on or before February 13, 2015;

    2.    Irrespective of the date that opening briefs were filed, oppositions to all motions *in limine* and *Daubert* motions shall be filed on or before February 27, 2015;

    3.    Irrespective of the date that opposition briefs were filed, replies in support of all motions *in limine* and *Daubert* motions shall be filed on or before March 6, 2015;

4. Each party's opening briefs and replies on all motions *in limine* and *Daubert* motions shall not exceed 60 pages in the aggregate.

5. Each party's oppositions to all motions *in limine* and *Daubert* motions shall not exceed 60 pages in the aggregate.

6. A PDF or facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: December 30, 2014

Dated: December 30, 2014

_____
Lloyd Constantine
Ankur Kapoor
Jean Kim
David Scupp
Matthew Vaccaro
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Tel: (212) 350-2700
Fax: (212) 350-2701

Jason Enzler
One Franklin Square
1301 K Street, N.W. Suite 1050 East
Washington, D.C. 20005
Tel: (202) 204-3500
Fax: (202) 204-3501

*Attorneys for Plaintiff*
*Mitre Sports International Limited*

_____
Kevin T. Baine
Dane H. Butswinkas
Thomas G. Hentoff
Allison B. Jones
Nicholas G. Gamse
Masha G. Hansford
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

Katherine M. Bolger
LEVINE SULLIVAN KOCH &
SCHULZ, LLP
321 W. 44th Street, Suite 1000
New York, NY 10036
Tel: (212) 850-6100
Fax: (212) 850-6299

Of Counsel:
Stephanie Abrutyn, Home Box Office, Inc.

*Attorneys for Defendant*
*Home Box Office, Inc.*

309614.3

SO ORDERED:

_____

Dated: _____