UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MITRE SPORTS INTERNATIONAL LIMITED,

                Plaintiff,

v.

HOME BOX OFFICE, INC.,

                Defendant.
------------------------------------------------------------x

No. 08-CIV-9117 (GBD)(HBP)

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff Mitre Sports International Limited ("Mitre") and Defendant Home Box Office, Inc. ("HBO") that:

1. On April 23, 2009, Mitre and HBO signed and Judge Daniels so ordered the Confidentiality Stipulation and Protective Order (the "Protective Order") in the above-referenced matter.

2. The Protective Order was subsequently modified by Judge Daniels by orders dated August 18, 2009, November 10, 2009, September 15, 2014, and December 1, 2014, and by Judge Pitman by orders dated October 16, 2009, March 25, 2010, May 7, 2010, January 20, 2011, February 25, 2011, June 2, 2011, July 30, 2012, August 8, 2012, October 3, 2013, and October 29, 2014.

3. The parties hereby agree that the Protective Order be amended to add Ben McLean, in-house counsel at Pentland Brands plc ("Pentland"), and Sebastian Geith, a staff attorney at Constantine Cannon LLP, to the list of individuals who may have access to Confidential Information and Highly Confidential – Attorneys' Eyes Only materials, pursuant to Paragraphs 5 and 6 of the Protective Order, respectively.

4. A PDF or facsimile copy of the signature page of this stipulation will be deemed to be an original for purposes of filing and judicial endorsement.

Dated: January 9, 2015

_____
Lloyd Constantine
Ankur Kapoor
Jean Kim
David Scupp
Matthew Vaccaro
CONSTANTINE CANNON LLP
335 Madison Avenue, 9th Floor
New York, New York 10017
Tel: (212) 350-2700
Fax: (212) 350-2701

Jason Enzler
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
Tel: (202) 204-3500
Fax: (202) 204-3501

*Attorneys for Plaintiff*
*Mitre Sports International Limited*

Dated: January ___, 2015

_____
Kevin T. Baine
Dane H. Butswinkas
Thomas G. Hentoff
Allison B. Jones
Nicholas G. Gamse
Masha G. Hansford
WILLIAMS & CONNOLLY LLP
725 12th Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

Katherine M. Bolger
LEVINE SULLIVAN KOCK &
SCHULZ, LLP
321 W. 44th St., Suite 1000
New York, New York 10036
Tel: (212) 850-6100
Fax: (212) 850-6299

Of Counsel:
Stephanie Abrutyn, Home Box Office, Inc.

*Attorneys for Defendant*
*Home Box Office, Inc.*

SO ORDERED:

_____
U.S.M.J.

Dated: 1-13-15