# EXHIBIT A

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0001 | Children of Industry Introduction Transcript | 9/16/2008 | MIT00403045 | MIT00403049 | No Objection | ** |
| PX0002 | Children of Industry Transcript | 9/16/2008 | MIT00403050 | MIT00403076 | Authenticity, 402, 403, 802, 1002, 1004 as to areas of disagreement | |
| PX0003 | Email from Joe Perskie to Duncan Anderson | 8/20/2008 | MIT00026745 | MIT00026747 | No Objection | ** |
| PX0004 | SGFI PowerPoint Presentation | 8/5/2005 | MIT00026847 | MIT00026862 | 802, 402, 403 | * |
| PX0005 | Email Chain (Zehra Mamdani & SGFI) | multiple | HBO008451 | HBO008487 | No Objection | ** |
| PX0006 | Sports Illustrated Invoice | 9/15/2008 | HBO007299 | HBO007300 | No Objection | ** |
| PX0007 | Untitled | 4/29/2008 | HBO003530 | HBO003532 | No Objection | ** |
| PX0008 | Meerut Trip Schedule & Objectives | 4/2/2007 | HBO003230 | HBO003230 | No Objection | ** |
| PX0009 | Email from Manpreet Kaur to Joe Perskie, Zehra Mamdani & Jasleen Oberoi | 8/18/2010 | HBO009823 | HBO009823 | 402, 802 | * |
| PX0010 | Email from Zehra Mamdani to Joe Perskie | 9/19/2008 | HBO009936 | HBO009938 | 402, 802 | * |
| PX0011 | Email from Manpreet Kaur to Zehra Mamdani | n/a | HBO008185 | HBO008187 | No Objection | ** |
| PX0012 | Verbatim Translation of HBO Raw Footage | 3/7/2011 | MIT00403128 | MIT00403131 | Authenticity, 402, 403, 602, 604, 802, 1002 | |
| PX0013 | Verbatim Translation of HBO Raw Footage | 3/7/2011 | MIT00403132 | MIT00403136 | Authenticity, 402, 403, 602, 604, 802, 1002 | |
| PX0014 | Email from Kathy Brady to realsports@hbo.com | 9/28/2008 | HBO001735 | HBO001735 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0015 | Email from Catherine Kerr to realsports@hbo.com | 9/27/2008 | HBO001729 | HBO001729 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0016 | Email from Gerald Lira to realsports@hbo.com | 9/23/2008 | HBO001702 | HBO001702 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0017 | Email from Dan Greenbaum to realsports@hbo.com | 9/27/2008 | HBO001733 | HBO001733 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0018 | Email from Debra Walker to realsports@hbo.com | 9/19/2008 | HBO001680 | HBO001680 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0019 | Email from Marianne Dazi to realsports@hbo.com | 9/19/2008 | HBO001679 | HBO001679 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0020 | Email from Dan Ivie to realsports@hbo.com | 9/17/2008 | HBO001665 | HBO001665 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0021 | Email from Gina Martin to realsports@hbo.com | 9/17/2008 | HBO001653 | HBO001653 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0022 | Email from Danielle Linton to realsports@hbo.com | 9/25/2008 | HBO001713 | HBO001713 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0023 | Email from Don Phillips to realsports@hbo.com | 9/24/2008 | HBO001708 | HBO001708 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0024 | Email from Barbara Nickel to realsports@hbo.com | 9/19/2008 | HBO001678 | HBO001678 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0025 | Email from John Sanders to realsports@hbo.com | 9/17/2008 | HBO001655 | HBO001655 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0026 | Email from Scott McDonald to realsports@hbo.com | 9/17/2008 | HBO001644 | HBO001644 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0027 | Email from Enid Draluck to realsports@hbo.com | 9/24/2008 | HBO001706 | HBO001706 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0028 | Email from Alexia Gura to realsports@hbo.com | 10/7/2008 | HBO001749 | HBO001749 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0029 | Email from Judy Cassity to realsports@hbo.com | 9/22/2008 | HBO001694 | HBO001694 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0030 | Email from Ray Wood to realsports@hbo.com | 9/21/2008 | HBO001691 | HBO001691 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0031 | Email from Christopher Poland to realsports@hbo.com | 9/17/2008 | HBO001647 | HBO001647 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0032 | Email from Beatriz Pelayo-Garcia to realsports@hbo.com | 9/21/2008 | HBO001690 | HBO001690 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0033 | Email from Paul Dorner to realsports@hbo.com | 9/17/2008 | HBO001660 | HBO001660 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0034 | Email from Manuel Vidal to realsports@hbo.com | 9/17/2008 | HBO001648 | HBO001648 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0035 | Email from Jonni Ressler to realsports@hbo.com | 9/23/2008 | HBO001700 | HBO001700 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0036 | Email from Farah Parvez to realsports@hbo.com | 9/25/2008 | HBO001723 | HBO001723 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0037 | Email from Tammy Olson to realsports@hbo.com | 9/17/2008 | HBO001652 | HBO001652 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0038 | Email from Gail Moore to realsports@hbo.com | 9/22/2008 | HBO001693 | HBO001693 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0039 | Email from Peter Vereyken to realsports@hbo.com | 9/20/2008 | HBO001687 | HBO001687 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0040 | Email from Russell Glass to realsports@hbo.com | 9/30/2008 | HBO001739 | HBO001739 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0041 | Email from Farhad Heidari to realsports@hbo.com | 9/27/2008 | HBO001732 | HBO001732 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0042 | Email from Darrel Fasano to realsports@hbo.com | 9/26/2008 | HBO001726 | HBO001726 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0043 | Email from Michael Stephens to realsports@hbo.com | 9/17/2008 | HBO001646 | HBO001646 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0044 | Email from Sean Caviston to realsports@hbo.com | 9/17/2008 | HBO001645 | HBO001645 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0045 | Email from Jenny Proznik to realsports@hbo.com | 9/17/2008 | HBO001643 | HBO001643 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0046 | Email from Chad Cork to realsports@hbo.com | 9/17/2008 | HBO001651 | HBO001651 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0047 | Email from Andy Coxe to realsports@hbo.com | 9/17/2008 | HBO001649 | HBO001649 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0048 | Email from Angela Miller to realsports@hbo.com | 9/17/2008 | HBO001659 | HBO001659 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0049 | Email from Sharla Joseph to realsports@hbo.com | 9/22/2008 | HBO001695 | HBO001695 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0050 | Email from Kathy Edelman to realsports@hbo.com | 9/25/2008 | HBO001714 | HBO001714 | Authenticity, Foundation; 602, 802, 402, 403 | |

Mitre Trial Exhibit List

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0051 | Email from Jennifer Snyder to realsports@hbo.com | 9/24/2008 | HBO001710 | HBO001710 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0052 | Email from Gerald + Melody Frye to realsports@hbo.com | 9/24/2008 | HBO001711 | HBO001711 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0053 | Email from Stacey Fisher to realsports@hbo.com | 9/24/2008 | HBO001709 | HBO001709 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0054 | Email from Stacy Markwordt to realsports@hbo.com | 9/24/2008 | HBO001707 | HBO001707 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0055 | Email from Brian Malsom to realsports@hbo.com | 9/24/2008 | HBO001704 | HBO001704 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0056 | Email from Kelly Towry to realsports@hbo.com | 9/23/2008 | HBO001701 | HBO001701 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0057 | Email from Blake Smith to realsports@hbo.com | 9/22/2008 | HBO001697 | HBO001697 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0058 | Email from Dave Miller to realsports@hbo.com | 9/22/2008 | HBO001692 | HBO001692 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0059 | Email from Andrea Bernstein to realsports@hbo.com | 9/24/2008 | HBO001705 | HBO001705 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0060 | Email from Diane Hammang to realsports@hbo.com | 9/20/2008 | HBO001688 | HBO001688 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0061 | Email from Tania Rojero to realsports@hbo.com | 9/19/2008 | HBO001681 | HBO001681 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0062 | Email from Darlene Godfrey-Welch to realsports@hbo.com | 9/19/2008 | HBO001677 | HBO001677 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0063 | Email from Amol Soin to realsports@hbo.com | 9/19/2008 | HBO001676 | HBO001676 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0064 | Email from Karen Voelker to realsports@hbo.com | 9/18/2008 | HBO001675 | HBO001675 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0065 | Email from Beth Clark to realsports@hbo.com | 9/18/2008 | HBO001674 | HBO001674 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0066 | Email from Linda Hamrick to realsports@hbo.com | 9/18/2008 | HBO001673 | HBO001673 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0067 | Email from Paula Napolean to realsports@hbo.com | 9/18/2008 | HBO001672 | HBO001672 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0068 | Email from Jean Duncan to realsports@hbo.com | 9/18/2008 | HBO001669 | HBO001669 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0069 | Email from Kelly Lively to realsports@hbo.com | 9/17/2008 | HBO001667 | HBO001667 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0070 | Email from Jennifer Heffington to realsports@hbo.com | 9/17/2008 | HBO001654 | HBO001654 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0071 | Email from Karen Diaz to realsports@hbo.com | 9/25/2008 | HBO001717 | HBO001717 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0072 | Email from Debbie Schmitz to realsports@hbo.com | 9/25/2008 | HBO001718 | HBO001718 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0073 | Email from Sridhar Lingham to realsports@hbo.com | 9/25/2008 | HBO001720 | HBO001720 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0074 | Email from Victor Galassi to realsports@hbo.com | 9/25/2008 | HBO001721 | HBO001721 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0075 | Email from Candi Liparota to realsports@hbo.com | 9/26/2008 | HBO001725 | HBO001725 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0076 | Email from Kate O'Brien to realsports@hbo.com | 9/27/2008 | HBO001731 | HBO001731 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0077 | Email from Blake Smith to realsports@hbo.com | 9/28/2008 | HBO001734 | HBO001734 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0078 | Email from Diane Hammang to realsports@hbo.com | 9/28/2008 | HBO001737 | HBO001737 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0079 | Email from Christopher Weaver to realsports@hbo.com | 10/15/2008 | HBO001755 | HBO001755 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0080 | Email from Ira Kaplan to realsports@hbo.com | 9/19/2008 | HBO001682 | HBO001682 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0081 | Email from William J Leo to realsports@hbo.com | 9/26/2008 | HBO001727 | HBO001727 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0082 | Email from Dawn Long to realsports@hbo.com | 10/2/2008 | HBO001744 | HBO001744 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0083 | Email from Sabrina Bologni to realsports@hbo.com | 10/10/2008 | HBO001753 | HBO001753 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0084 | Email from Brett Prager to realsports@hbo.com | 10/10/2008 | HBO001754 | HBO001754 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0085 | Email from Emily Schubert to realsports@hbo.com | 10/8/2008 | HBO001750 | HBO001750 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0086 | Email from Amy Palos to realsports@hbo.com | 10/5/2008 | HBO001746 | HBO001746 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0087 | Email from Ian Chapman to realsports@hbo.com | 9/30/2008 | HBO001742 | HBO001742 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0088 | Email from Larry Katz to realsports@hbo.com | 9/30/2008 | HBO001740 | HBO001740 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0089 | Email from Jolene Bryne to realsports@hbo.com | 9/28/2008 | HBO001736 | HBO001736 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0090 | Email from Kelly Darr to realsports@hbo.com | 9/27/2007 | HBO001730 | HBO001730 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0091 | Email from Jeff Brinen to realsports@hbo.com | 9/26/2008 | HBO001728 | HBO001728 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0092 | Email from MLT Hand to realsports@hbo.com | 9/25/2008 | HBO001724 | HBO001724 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0093 | Email from Troy Brothers to realsports@hbo.com | 9/25/2008 | HBO001719 | HBO001719 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0094 | Email from John Dowd to realsports@hbo.com | 9/25/2008 | HBO001716 | HBO001716 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0095 | Email from Douglas Johnson to realsports@hbo.com | 9/17/2008 | HBO001662 | HBO001662 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0096 | Email from Skyla Peterson to realsports@hbo.com | 9/17/2008 | HBO001661 | HBO001661 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0097 | Email from Patricia Lester to realsports@hbo.com | 9/18/2008 | HBO001671 | HBO001671 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0098 | Email from Tracy Cowles-Rambhia to realsports@hbo.com | 9/23/2008 | HBO001703 | HBO001703 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0099 | Email from Erika Ackerman to realsports@hbo.com | 9/19/2008 | HBO001684 | HBO001684 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0100 | Email from Lisa Kawahara to realsports@hbo.com | 9/20/2008 | HBO001686 | HBO001686 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0101 | Email from Christopher Richardson to realsports@hbo.com | 9/21/2008 | HBO001689 | HBO001689 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0102 | Email from Jacqueline Trinidad to realsports@hbo.com | 9/18/2008 | HBO001668 | HBO001668 | Authenticity, Foundation; 602, 802, 402, 403 | |

Mitre Trial Exhibit List

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0103 | Email from Felicia Yue to realsports@hbo.com | 9/17/2008 | HBO001666 | HBO001666 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0104 | Email from Heather Geddings to realsports@hbo.com | 9/17/2008 | HBO001650 | HBO001650 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0105 | Email from David Joseph to realsports@hbo.com | 10/8/2008 | HBO001751 | HBO001751 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0106 | Email from Odilio Gonzalez to realsports@hbo.com | 10/5/2008 | HBO001747 | HBO001747 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0107 | Email from Molly Harrison to realsports@hbo.com | 10/9/2008 | HBO001752 | HBO001752 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0108 | Email from Michael Butler to realsports@hbo.com | 9/25/2008 | HBO001722 | HBO001722 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0109 | Email from Keith Wahl to realsports@hbo.com | 9/30/2008 | HBO001741 | HBO001741 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0110 | Email from Julie Purchase to realsports@hbo.com | 9/30/2008 | HBO001738 | HBO001738 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0111 | Email from Thomas Dickson to realsports@hbo.com | 9/17/2008 | HBO001642 | HBO001642 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0112 | Email from Josh Purse to realsports@hbo.com | 9/22/2008 | HBO001696 | HBO001696 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0113 | Email from Curt Atkinson to realsports@hbo.com | 9/23/2008 | HBO001698 | HBO001698 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0114 | Email from Patrick DeMarco to realsports@hbo.com | 9/23/2008 | HBO001699 | HBO001699 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0115 | Email from Jason Thiem to realsports@hbo.com | 9/25/2008 | HBO001712 | HBO001712 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0116 | Email from Lisa Ferreira to realsports@hbo.com | 9/19/2008 | HBO001683 | HBO001683 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0117 | Email from Noah Welch to realsports@hbo.com | 9/20/2008 | HBO001685 | HBO001685 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0118 | Email from Jason Greif to realsports@hbo.com | 9/28/2008 | HBO001670 | HBO001670 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0119 | Email from Julie Gugenheim to realsports@hbo.com | 9/17/2008 | HBO001664 | HBO001664 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0120 | Email from Derrick Kissinger to realsports@hbo.com | 10/1/2008 | HBO001743 | HBO001743 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0121 | Email from Matt Weitzman to realsports@hbo.com | 10/5/2008 | HBO001748 | HBO001748 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0122 | Email from Rebecca Thornton to realsports@hbo.com | 9/25/2008 | HBO001715 | HBO001715 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0123 | Email from Terri Adler to realsports@hbo.com | 9/17/2008 | HBO001663 | HBO001663 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0124 | Email from Manuel Figueroa to realsports@hbo.com | 10/18/2008 | HBO001757 | HBO001757 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0125 | Email from Monica Mejia to realsports@hbo.com | 10/18/2008 | HBO001756 | HBO001756 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0126 | Email from Laurel Eastman to realsports@hbo.com | 9/17/2008 | HBO001656 | HBO001656 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0127 | Email from Timothy Froehlig to realsports@hbo.com | 9/17/2008 | HBO001658 | HBO001658 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0128 | Email from Peter Matt to realsports@hbo.com | 9/17/2008 | HBO001657 | HBO001657 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0129 | Email from Frank Thomas to realsports@hbo.com | 10/4/2008 | HBO001745 | HBO001745 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0130 | Email from Doug Dennis to enquiries@mitre.com | 9/17/2008 | MIT00372562 | MIT00372562 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0131 | Email from Joe Valdes to enquiries@mitre.com | 9/20/2008 | MIT00372555 | MIT00372555 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0132 | Email from David McGowan to enquiries@mitre.com | 9/20/2008 | MIT00372591 | MIT00372592 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0133 | Email from Leslie Robidoux to enquiries@mitre.com | 9/24/2008 | MIT00372607 | MIT00372607 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0134 | Email from jessicajune3@gmail.com to enquiries@mitre.com | 1/15/2009 | MIT00399200 | MIT00399200 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0135 | Email from Pooja Chawla to enquiries@mitre.com | 9/27/2008 | MIT00372539 | MIT00372539 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0136 | Email from MariaElena Jimenez to enquiries@mitre.com | 9/17/2008 | MIT00372546 | MIT00372546 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0137 | Email from Lisa Forman to enquiries@mitre.com | 9/18/2008 | MIT00372608 | MIT00372608 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0138 | Email from Kristian Rex to enquiries@mitre.com | 9/23/2008 | MIT00372605 | MIT00372605 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0139 | Email from Lyle B. Brimes to enquiries@mitre.com | 9/22/2008 | MIT00372600 | MIT00372600 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0140 | Email from Doug Bradley to enquiries@mitre.com | 9/17/2008 | MIT00372593 | MIT00372593 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0141 | Email from cybtribe@yahoo.com to enquiries@mitre.com | 9/23/2008 | MIT00372589 | MIT00372589 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0142 | Email from Brandon Lawrence to enquiries@mitre.com | 10/3/2008 | MIT00372583 | MIT00372583 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0143 | Email from Andrea Bernstein to enquiries@mitre.com | 9/24/2008 | MIT00372581 | MIT00372581 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0144 | Email from Amy Smith to enquiries@mitre.com | 9/17/2008 | MIT00372579 | MIT00372579 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0145 | Email from daddyluke to enquiries@mitre.com | 9/24/2008 | MIT00372566 | MIT00372566 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0146 | Email from Justin W. DelleCave, Esq. to enquiries@mitre.com | 9/30/2008 | MIT00372553 | MIT00372553 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0147 | Email from Mark Mihalik to enquiries@mitre.com | 9/19/2008 | MIT00372545 | MIT00372545 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0148 | Email from Scott Apsey to enquiries@mitre.com | 9/25/2008 | MIT00372535 | MIT00372535 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0149 | Email from Nina & Sam Kuhlmen to enquiries@mitre.com | 9/17/2008 | MIT00372540 | MIT00372540 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0150 | Email from Bob C to enquiries@mitre.com | 9/26/2008 | MIT00372534 | MIT00372534 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0151 | Email from Stephen Buzzell to enquiries@mitre.com | 10/21/2008 | MIT00399201 | MIT00399201 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0152 | Email from Ron Keil to enquiries@mitre.com | 9/23/2008 | MIT00372536 | MIT00372536 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0153 | Email from Tim to enquiries@mitre.com | 9/17/2008 | MIT00372529 | MIT00372529 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0154 | Email from T. Robinson to enquiries@mitre.com | 9/20/2008 | MIT00372527 | MIT00372527 | Authenticity, Foundation; 602, 802, 402, 403 | |

Mitre Trial Exhibit List

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0155 | Email from Terri Adler to enquiries@mitre.com | 9/17/2008 | MIT00372531 | MIT00372531 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0156 | Email from tcfchain to enquiries@mitre.com | 9/27/2008 | MIT00372532 | MIT00372532 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0157 | Email from William H. Nelson to enquiries@mitre.com | 9/23/2008 | MIT00372525 | MIT00372525 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0158 | Email from Cheryl Merrill to enquiries@mitre.com | 9/19/2008 | MIT00372570 | MIT00372570 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0159 | Email from Marlon Palz to enquiries@mitre.com | 10/1/2008 | MIT00372544 | MIT00372544 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0160 | Email from Maxine Stannard to enquiries@mitre.com | 9/21/2008 | MIT00372543 | MIT00372543 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0161 | Email from erelkln23 to enquiries@mitre.com | 9/19/2008 | MIT00372594 | MIT00372594 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0162 | Email from David Cunningham to enquiries@mitre.com | 9/25/2008 | MIT00372590 | MIT00372590 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0163 | Email from Decarlo Wilson to enquiries@mitre.com | 9/20/2008 | MIT00372563 | MIT00372563 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0164 | Email from Jason Eric to enquiries@mitre.com | 10/7/2008 | MIT00372558 | MIT00372558 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0165 | Email from Roanne Robbins to enquiries@mitre.com | 9/25/2008 | MIT00372537 | MIT00372537 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0166 | Email from Thomas Noe to enquiries@mitre.com | 9/17/2008 | MIT00372530 | MIT00372530 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0167 | Email from Tom Roberts to enquiries@mitre.com | 9/20/2008 | MIT00372528 | MIT00372528 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0168 | Email from una@mac.com to enquiries@mitre.com | 9/19/2008 | MIT00372526 | MIT00372526 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0169 | Email from David Gregory to enquiries@mitre.com | 9/25/2008 | MIT00372565 | MIT00372565 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0170 | Email from Christian Sailer to enquiries@mitre.com | 9/22/2008 | MIT00372569 | MIT00372569 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0171 | Email from CutovYerJohnson to enquiries@mitre.com | 10/11/2008 | MIT00372567 | MIT00372567 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0172 | Email from Claudia Ackerman to enquiries@mitre.com | 9/17/2008 | MIT00372568 | MIT00372568 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0173 | Email from David Wagner to enquiries@mitre.com | 9/18/2008 | MIT00372564 | MIT00372564 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0174 | Email from George Brenner to enquiries@mitre.com | 9/26/2008 | MIT00372561 | MIT00372561 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0175 | Email from Heather Geddings to enquiries@mitre.com | 9/17/2008 | MIT00372560 | MIT00372560 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0176 | Email from James L. Kelley to enquiries@mitre.com | 9/17/2008 | MIT00372559 | MIT00372559 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0177 | Email from jhlippard to enquiries@mitre.com | 9/23/2008 | MIT00372556 | MIT00372556 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0178 | Email from Jeremy Stroup to enquiries@mitre.com | 9/20/2008 | MIT00372557 | MIT00372557 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0179 | Email from John Doe to enquiries@mitre.com | 10/2/2008 | MIT00372554 | MIT00372554 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0180 | Email from Kelly Burwell to enquiries@mitre.com | 9/25/2008 | MIT00372552 | MIT00372552 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0181 | Email from Kimberly Mills-Booker to enquiries@mitre.com | 9/24/2008 | MIT00372551 | MIT00372551 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0182 | Email from Leslie Chairez to enquiries@mitre.com | 9/22/2008 | MIT00372549 | MIT00372549 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0183 | Email from Brian W. LaCorte to enquiries@mitre.com | 9/17/2008 | MIT00372550 | MIT00372550 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0184 | Email from Linda Hamrick to enquiries@mitre.com | 9/18/2008 | MIT00372548 | MIT00372548 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0185 | Email from Lorri Meyers to enquiries@mitre.com | 9/17/2008 | MIT00372547 | MIT00372547 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0186 | Email from Micheal Girrone to enquiries@mitre.com | 9/21/2008 | MIT00372541 | MIT00372541 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0187 | Email from Ulyssos Garcia to enquiries@mitre.com | 10/5/2008 | MIT00372538 | MIT00372538 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0188 | Email from Todd Prutzman to enquiries@mitre.com | 9/19/2008 | MIT00372533 | MIT00372533 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0189 | Email from m_nyllram@yahoo.com to enquiries@mitre.com | 9/17/2008 | MIT00372609 | MIT00372609 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0190 | Email from Kent J. Uhen to enquiries@mitre.com | 10/8/2008 | MIT00372604 | MIT00372604 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0191 | Email from gokycats31@yahoo.com to enquiries@mitre.com | 9/19/2008 | MIT00372596 | MIT00372596 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0192 | Email from Cory DeGarmo to enquiries@mitre.com | 9/23/2008 | MIT00372588 | MIT00372588 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0193 | Email from Christopher Page to enquiries@mitre.com | 10/8/2008 | MIT00372587 | MIT00372587 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0194 | Email from Allie Powers to enquiries@mitre.com | 9/17/2008 | MIT00372578 | MIT00372578 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0195 | Email from carneves@uol.com.br to enquiries@mitre.com | 9/17/2008 | MIT00372571 | MIT00372571 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0196 | Email from Brett Hersom to enquiries@mitre.com | 9/23/2008 | MT00372572 | MT00372572 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0197 | Email from Rebecca Conner to enquiries@mitre.com | 9/17/2008 | MT00372573 | MT00372573 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0198 | Email from Andrew Del Greco to enquiries@mitre.com | 10/5/2008 | MIT00372582 | MIT00372582 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0199 | Email from Byron Engelbrecht to enquiries@mitre.com | 9/17/2008 | MIT00372584 | MIT00372584 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0200 | Email from ca2680@att.net to enquiries@mitre.com | 9/24/2008 | MIT00372585 | MIT00372585 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0201 | Email from Chris Clark to enquiries@mitre.com | 9/25/2008 | MIT00372586 | MIT00372586 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0202 | Email from Gordon Rosenberg to enquiries@mitre.com | 9/24/2008 | MIT00372595 | MIT00372595 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0203 | Email from Jason Brown to enquiries@mitre.com | 9/17/2008 | MIT00372597 | MIT00372597 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0204 | Email from Joe Dunn to enquiries@mitre.com | 9/17/2008 | MIT00372598 | MIT00372598 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0205 | Email from Jerry Lee to enquiries@mitre.com | 9/25/2008 | MIT00372599 | MIT00372599 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0206 | Email from Joel Rubin to enquiries@mitre.com | 9/30/2008 | MIT00372601 | MIT00372601 | Authenticity, Foundation; 602, 802, 402, 403 | |

Mitre Trial Exhibit List

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0207 | Email from John F. Egger to enquiries@mitre.com | 9/17/2008 | MIT00372602 | MIT00372602 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0208 | Email from Kassie Newman to enquiries@mitre.com | 10/2/2008 | MIT00372603 | MIT00372603 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0209 | Email from Laura Ambler to enquiries@mitre.com | 9/19/2008 | MIT00372606 | MIT00372606 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0210 | Email from Marilyn Pranno to enquiries@mitre.com | 9/17/2008 | MIT00372610 | MIT00372610 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0211 | Email from Mark Moxley to enquiries@mitre.com | 9/25/2008 | MIT00372611 | MIT00372611 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0212 | Email from Rachel & Matthew Sherman to enquiries@mitre.com | 9/27/2008 | MIT00372612 | MIT00372612 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0213 | Email from Mac McGonigle to enquiries@mitre.com | 10/4/2008 | MIT00372613 | MIT00372613 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0214 | Email from Michael Schneider to enquiries@mitre.com | 9/18/2008 | MIT00372614 | MIT00372614 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0215 | Email from Cathy Craven to enquiries@mitre.com | 9/17/2008 | MIT00372615 | MIT00372615 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0216 | Email from Pat L. Curran to enquiries@mitre.com | 9/17/2008 | MIT00372616 | MIT00372616 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0217 | Email from pstatler to enquiries@mitre.com | 9/29/2008 | MIT00372617 | MIT00372617 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0218 | Email from Richard Anderson to enquiries@mitre.com | 9/20/2008 | MIT00372618 | MIT00372618 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0219 | Email from Ron Fleischer to enquiries@mitre.com | 9/18/2008 | MIT00372619 | MIT00372619 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0220 | Email from Normie Calonico to enquiries@mitre.com | 9/18/2008 | MIT00372620 | MIT00372620 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0221 | Email from Scott Evans to enquiries@mitre.com | 9/23/2008 | MIT00372621 | MIT00372621 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0222 | Email from Sherry Steiker to enquiries@mitre.com | 9/23/2008 | MIT00372622 | MIT00372622 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0223 | Email from tarsteve4@cox.net to enquiries@mitre.com | 9/19/2008 | MIT00372623 | MIT00372623 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0224 | Email from Telesia Davis to enquiries@mitre.com | 9/25/2008 | MIT00372624 | MIT00372624 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0225 | Email from Thomas J. Callahan to enquiries@mitre.com | 9/20/2008 | MIT00372625 | MIT00372625 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0226 | Email from Thomas Schott to enquiries@mitre.com | 9/17/2008 | MIT00372626 | MIT00372626 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0227 | Email from Timothy McCullough to enquiries@mitre.com | 9/20/2008 | MIT00372627 | MIT00372627 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0228 | Email from Tripp Sawyer to enquiries@mitre.com | 9/17/2008 | MIT00372629 | MIT00372629 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0229 | Email from Vince Vincolato to enquiries@mitre.com | 9/17/2008 | MIT00372630 | MIT00372630 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0230 | Email from Kent Uhen to enquiries@mitre.com | 10/12/2008 | MIT00372631 | MIT00372631 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0231 | Email from Christopher Page to enquiries@mitre.com | 10/8/2008 | MIT00372632 | MIT00372634 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0232 | Email from Jason Eric to enquiries@mitre.com | 10/7/2008 | MIT00372635 | MIT00372636 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0233 | Email from Mac McGonigle to enquiries@mitre.com | 10/6/2008 | MIT00372637 | MIT00372637 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0234 | Email from Chad Lybarger to enquiries@mitre.com | 10/5/2008 | MIT00372638 | MIT00372641 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0235 | Email from John Doe to enquiries@mitre.com | 10/4/2008 | MIT00372642 | MIT00372643 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0236 | Email from Brandon Lawrence to enquiries@mitre.com | 10/3/2008 | MIT00372644 | MIT00372646 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0237 | Email from Telesia Davis to enquiries@mitre.com | 9/28/2008 | MIT00372647 | MIT00372650 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0238 | Email from Kim and Mike Booker to enquiries@mitre.com | 9/27/2008 | MIT00372651 | MIT00372652 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0239 | Email from Andrea Bernstein to enquiries@mitre.com | 9/24/2008 | MIT00372653 | MIT00372655 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0240 | Email from Sherry Steiker to enquiries@mitre.com | 9/23/2008 | MIT00372656 | MIT00372657 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0241 | Email from Kristian Rex to enquiries@mitre.com | 9/23/2008 | MIT00372658 | MIT00372660 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0242 | Email from David McGowan to enquiries@mitre.com | 9/22/2008 | MIT00372661 | MIT00372662 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0243 | Email from Maxine Stannard to enquiries@mitre.com | 9/22/2008 | MIT00372663 | MIT00372665 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0244 | Email from Richard Anderson to enquiries@mitre.com | 9/22/2008 | MIT00372666 | MIT00372667 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0245 | Email from erelkin23 to enquiries@mitre.com | 9/22/2008 | MIT00372668 | MIT00372669 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0246 | Email from Michael Girrone to enquiries@mitre.com | 9/22/2008 | MIT00372670 | MIT00372670 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0247 | Email from Michael Girrone to enquiries@mitre.com | 9/22/2008 | MIT00372671 | MIT00372672 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0248 | Email from MariaElena Jimenez to enquiries@mitre.com | 9/22/2008 | MIT00372673 | MIT00372673 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0249 | Email from Normie Calonico to enquiries@mitre.com | 9/19/2008 | MIT00372674 | MIT00372675 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0250 | Email from Rebacca Conner to enquiries@mitre.com | 9/18/2008 | MIT00372676 | MIT00372678 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0251 | Email from Amy Smith to enquiries@mitre.com | 9/18/2008 | MIT00372679 | MIT00372680 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0252 | Email from Brian W. LaCorte to enquiries@mitre.com | 9/17/2008 | MIT00372681 | MIT00372683 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0253 | Email from Pat. L Curran to enquiries@mitre.com | 9/18/2008 | MIT00372684 | MIT00372684 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0254 | Email from joedunn4@comcast.net to enquiries@mitre.com | 9/18/2008 | MIT00372685 | MIT00372685 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0255 | Email from Marilyn Pranno to enquiries@mitre.com | 9/17/2008 | MIT00372686 | MIT00372686 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0256 | Email from Cathy Craven to enquiries@mitre.com | 9/17/2008 | MIT00372687 | MIT00372688 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0257 | Email from mikedes@gmail.com to enquiries@mitre.com | 9/17/2008 | MIT00372542 | MIT00372542 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0258 | Email from Matthew Fayoyin to enquiries@mitre.com | 1/31/2009 | MIT00399202 | MIT00399202 | Authenticity, Foundation; 602, 802, 402, 403 | |

Mitre Trial Exhibit List

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0259 | Email from Matthew Fayoyin to enquiries@mitre.com | 2/3/2009 | MIT00399203 | MIT00399203 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0260 | Email from Dolores Prendergast to enquiries@mitre.com | 11/3/2008 | MIT00399204 | MIT00399204 | Authenticity, Foundation; 602, 802, 402, 403 | |
| PX0261 | SGFI Org Chart | n/a | n/a | n/a | 402, 403, 802 | * |
| PX0262 | SGFI Location Number Sign | n/a | n/a | n/a | No Objection | ** |
| PX0263 | Packet of Medical Paraphernalia | n/a | n/a | n/a | Authenticity, 402, 403 | |
| PX0264 | Email from Ravi Purewal to Zehra Mamdani | 7/24/2008 | n/a | n/a | No Objection | ** |
| PX0265 | Email from Ravi Purewal to Zehra Mamdani | 7/25/2008 | n/a | n/a | No Objection | ** |
| PX0266 | Email from Zehra Mamdani to sgfi@sgfi.org | 7/29/2008 | n/a | n/a | No Objection | ** |
| PX0267 | Email from Ravi Purewal to Zehra Mamdani | 7/30/2008 | n/a | n/a | No Objection | ** |
| PX0268 | Email from Zehra Mamdani to sgfi@sgfi.org | 7/31/2008 | n/a | n/a | No Objection | ** |
| PX0269 | Email from Zehra Mamdani to sgfi@sgfi.org | 8/1/2008 | n/a | n/a | No Objection | ** |
| PX0270 | Email from Ravi Purewal to Zehra Mamdani | 8/2/2008 | n/a | n/a | No Objection | ** |
| PX0271 | Email from Kam Raghavan to sgfi@sgfi.org | 11/2/2009 | MIT00043863 | MIT00043863 | No Objection | ** |
| PX0272 | Real Sports Studio Information Sheet | 9/9/3008 | HBO006215 | HBO006215 | No Objection | ** |
| PX0273 | Email from Joe Perskie to Zehra Mamdani | 9/12/2008 | HBO004264 | HBO004264 | No Objection | ** |
| PX0274 | About Sports Goods Foundation of India (SGFI) | 7/14/2008 | HBO001522 | HBO001526 | 802 | * |
| PX0275 | Real Sports Interview with Charlotte Ponticelli | 8/25/2008 | HBO003910 | HBO003951 | No Objection | ** |
| PX0276 | Children of Industry Paper Cut | 9/4/2008 | HBO002650 | HBO002660 | No Objection | ** |
| PX0277 | Email from Manpreet Kaur to Jasleen Oberoi | 3/23/2010 | HBO009770 | HBO009771 | 802 | * |
| PX0278 | Email from Manpreet Kaur to Jasleen Oberoi | 3/23/2010 | HBO009765 | HBO009766 | 802 | * |
| PX0279 | Joseph Perskie Visa | 3/22/2007 | HBO009670 | HBO009670 | 402, 403 | * |
| PX0280 | Email from Manpreet Kaur to Jasleen Oberoi | 3/23/2010 | HBO009767 | HBO009769 | 402, 403, 802 | * |
| PX0281 | Email from Nicki Lesirge to Gary Hibbert & Duncan Anderson | 9/11/2009 | HBO001922 | HBO001927 | No Objection | ** |
| PX0282 | Email from Zehra Mamdani to Joe Perskie | 9/22/2008 | HBO002717 | HBO002717 | 402, 403, 802 | * |
| PX0283 | Email from Zehra Mamdani to Joe Perskie | 9/23/2008 | HBO002718 | HBO002718 | 402, 403, 802 | * |
| PX0284 | Email from Zehra Mamdani to Joe Perskie | 9/24/2008 | HBO007502 | HBO007502 | 402, 403, 802 | * |
| PX0285 | Department of Labor Interview | 8/18/2008 | HBO002297 | HBO002299 | No Objection | ** |
| PX0286 | Email from Manpreet Kaur to Zehra Mamdani | 10/17/2008 | HBO008256 | HBO008257 | No Objection | ** |
| PX0287 | HBO Expense Report (Joseph Perskie) | 6/1/2008 - 9/24/2008 | HBO006990 | HBO007059 | No Objection | ** |
| PX0288 | Untitled | 11/10/2006 | HBO007880 | HBO007881 | No Objection | ** |
| PX0289 | Email from Manpreet Kaur to Zehra Mamdani | 9/17/2008 | HBO008163 | HBO008164 | No Objection | ** |
| PX0290 | Soccer SlavesPaper Cut | 11/25/2008 | HBO007831 | HBO007836 | No Objection | ** |
| PX0291 | Email from Joe Perskie to Zehra Mamdani | 9/14/2008 | HBO004270 | HBO0042701 | No Objection | ** |
| PX0292 | Kibry Bradley Visa Application Letter | 4/3/2008 | HBO009667 | HBO009667 | 402, 403 | * |
| PX0293 | Email from Manpreet Kaur to Zehra Mamdani | n/a | HBO008166 | HBO008168 | No Objection | ** |
| PX0294 | Email from Jim Hamilton to Zehra Mamdani | 9/18/2008 | HBO004033 | HBO004034 | 402, 403, 802 | * |
| PX0295 | Email from Zehra Mamdani to Joe Perskie | 9/24/2008 | HBO007503 | HBO007503 | 402, 403 | * |
| PX0296 | Email from Joe Perskie to Zehra Mamdani | 9/25/2008 | HBO004079 | HBO004080 | 402, 403, 802 | * |
| PX0297 | Email from Zehra Mamdani to Joe Perskie | 9/26/2008 | HBO002735 | HBO002737 | 402, 403, 802 | * |
| PX0298 | Email from Courtney Wheeler to Raymond Stallone | 10/8/2008 | HBO004123 | HBO004124 | 402, 403, 802 | * |
| PX0299 | Email from Manpreet Kaur to Zehra Mamdani | 10/17/2008 | HBO008256 | HBO008257 | No Objection | ** |
| PX0300 | Mamdani India Visa Summary | 4/3/2008 | HBO004005 | HBO004009 | 402, 403 | * |
| PX0301 | Kibry Bradley Visa Application Letter | 3/28/2008 | HBO004011 | HBO004011 | 402, 403 | * |
| PX0302 | Kibry Bradley Visa Application Letter | 3/28/2008 | HBO008062 | HBO008062 | 402, 403 | * |
| PX0303 | Kibry Bradley Visa Application Letter | 3/28/2008 | HBO009657 | HBO009657 | 402, 403 | * |
| PX0304 | Email from Manpreet Kaur to Zehra Mamdani | 9/24/2008 | HBO008086 | HBO008087 | 802 | * |
| PX0305 | Email from Manpreet Kaur to Zehra Mamdani | 9/24/2008 | HBO008084 | HBO008085 | 802 | * |
| PX0306 | Email from Manpreet Kaur to Zehra Mamdani | 9/17/2008 | HBO008165 | HBO008168 | No Objection | ** |
| PX0307 | Email from Manpreet Kaur to Zehra Mamdani | 9/17/2008 | HBO008163 | HBO008164 | No Objection | ** |
| PX0308 | Email from Manpreet Kaur to Zehra Mamdani | 9/10/2008 | HBO008151 | HBO008155 | No Objection | ** |
| PX0309 | Email from Manpreet Kaur to Zehra Mamdani | 9/18/2008 | HBO008175 | HBO008175 | 802 | * |
| PX0310 | Email Chain (Zehra Mamdani & SGFI) | multiple | HBO008451 | HBO008487 | No Objection | ** |

Mitre Trial Exhibit List

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0311 | Email from Joseph Perskie to Zehra Mamdani | 9/10/2008 | HBO004231 | HBO004231 | Incomplete | * |
| PX0312 | Import Records | multiple | HBO004449 | HBO004453 | No Objection | ** |
| PX0313 | Email from Duncan Anderson to Tom Winstone | 8/18/2008 | MIT00020738 | MIT00020740 | No Objection | ** |
| PX0314 | Email from Nicola Lesirge to Gary Hibbert & Duncan Anderson | 11/9/2008 | MIT00020622 | MIT00020626 | No Objection | ** |
| PX0315 | Curb Your Enthusiasm Screenshots | n/a | n/a | n/a | 402 | * |
| PX0316 | Curb Your Enthusiasm Screenshots | n/a | n/a | n/a | 402 | * |
| PX0317 | Soccer Slaves Paper Cut | 8/31/2008 | HBO002594 | HBO002602 | No Objection | ** |
| PX0318 | Email from Kirby Bradley to Zehra Mamdani | 9/23/2008 | HBO004053 | HBO004053 | 402 | * |
| PX0319 | Email from Joe Perskie to Zehra Mamdani | 9/17/2008 | HBO004284 | HBO004284 | 402, 403, 407 | * |
| PX0320 | Email from Raymond Stallone to Kristofer Goddard | 9/10/2008 | HBO006246 | HBO006247 | No Objection | ** |
| PX0321 | Email from Raymond Stallone to skotsoni@bu.edu | 9/12/2008 | HBO006255 | HBO006256 | No Objection | ** |
| PX0322 | Email from Richard Plepler to Raymond Stallone & Ross Greenburg | 9/18/2008 | HBO006236 | HBO006237 | No Objection | ** |
| PX0323 | Email from Rick Bernstein to Zehra Mamdani | 9/24/2008 | HBO004058 | HBO004058 | No Objection | ** |
| PX0324 | Email from Priscilla Gallegos to Maria Cano | 6/2/2009 | HBO007302 | HBO007304 | No Objection | ** |
| PX0325 | Children of Industry Credits | n/a | n/a | n/a | No Objection | ** |
| PX0326 | Kibry Bradley Visa Application Letter | 3/28/2008 | HBO004012 | HBO004012 | 402, 403 | * |
| PX0327 | Kibry Bradley Visa Application Letter | 4/3/2008 | HBO009967 | HBO009967 | 402, 403 | * |
| PX0328 | Email from Zehra Mamdani to Manpreet Kaur | n/a | HBO009766 | HBO009766 | No Objection | ** |
| PX0329 | Children of Industry Paper Cut | 9/4/2008 | HBO004169 | HBO004178 | No Objection | ** |
| PX0330 | Children of Industry Paper Cut | 9/17/2008 | HBO004179 | HBO004185 | No Objection | ** |
| PX0331 | Email from Kirby Bradley to Sandy Ortiz | 8/25/2008 | HBO007296 | HBO007298 | No Objection | ** |
| PX0332 | Children of Industry Credits | n/a | n/a | n/a | No Objection | ** |
| PX0333 | Edelman India Visa Summary | 4/3/2008 | HBO004000 | HBO004004 | 402, 403 | * |
| PX0333 | Edelman India Visa Summary | 4/3/2008 | HBO004000 | HBO004004 | 402, 403 | * |
| PX0334 | About Sports Goods Foundation of India (SGFI) | 7/14/2008 | HBO001522 | HBO001526 | 802 | * |
| PX0334 | About Sports Goods Foundation of India (SGFI) | 7/14/2008 | HBO001522 | HBO001526 | 802 | * |
| PX0335 | Email from Trina Tocco to Zehra Mamdani | 10/4/2008 | ILRF 179 | ILRF 179 | 802, 402, 403 | * |
| PX0335 | Email from Trina Tocco to Zehra Mamdani | 10/4/2008 | ILRF 179 | ILRF 179 | 802, 402, 403 | * |
| PX0336 | Email from Trina Tocco to Zehra Mamdani | 9/24/2008 | ILRF 164 | ILRF 164 | 802, 402, 403 | * |
| PX0336 | Email from Trina Tocco to Zehra Mamdani | 9/24/2008 | ILRF 164 | ILRF 164 | 802, 402, 403 | * |
| PX0337 | Mitre Madrid, Size 5, Soccer Ball Panels, Partially Stitched | n/a | n/a | n/a | Authenticity, FRCP 37(c) | |
| PX0337 | Mitre Madrid, Size 5, Soccer Ball Panels, Partially Stitched | n/a | n/a | n/a | Authenticity, FRCP 37(c) | |
| PX0338 | Mitre Madrid, Size 4, Soccer Ball Panels, Partially Stitched | n/a | n/a | n/a | Authenticity, FRCP 37(c) | |
| PX0338 | Mitre Madrid, Size 4, Soccer Ball Panels, Partially Stitched | n/a | n/a | n/a | Authenticity, FRCP 37(c) | |
| PX0339 | Mitre Soccer Ball Kit | n/a | n/a | n/a | Authenticity, FRCP 37(c) | |
| PX0339 | Mitre Soccer Ball Kit | n/a | n/a | n/a | Authenticity, FRCP 37(c) | |
| PX0340 | Curb Your Enthusiasm Video Clip | n/a | n/a | n/a | 402 | * |
| PX0341 | List of Children of Industry Telecasts | 39941 | HBO005942 | HBO005942 | No Objection | ** |
| PX0342 | Tobacco Slaves Transcript | 36487 | HBO000538 | HBO000543 | No Objection | ** |
| PX0343 | HBO's Responses & Objections to Mitre's First Set of Interrogatories | 39857 | n/a | n/a | No Objection | ** |
| PX0344 | HBO's Responses & Objections to Mitre's Second Set of Interrogatories | 39940 | n/a | n/a | No Objection | ** |
| PX0345 | HBO's Responses & Objections to Mitre's Third Set of Interrogatories | 40238 | n/a | n/a | No Objection | ** |
| PX0346 | HBO's Amended Responses & Objections to Mitre's Fourth Set of Interrogatories | 40287 | n/a | n/a | No Objection | ** |
| PX0347 | HBO's Responses & Objections to Mitre's Fifith Set of Interrogatories | 40513 | n/a | n/a | No Objection | ** |
| PX0348 | HBO's Responses & Objections to Mitre's Sixth Set of Interrogatories | 40520 | n/a | n/a | No Objection | ** |
| PX0349 | Responses and Objections of Defendant HBO to Mitre's First Set of RFAs | 39947 | n/a | n/a | No Objection | ** |
| PX0350 | Supplemental Responses and Objections of HBO to Mitre's First Set of RFAs | 40141 | n/a | n/a | No Objection | ** |
| PX0351 | Responses and Objections of Defendant HBO to Mitre's Second Set of RFAs | 40353 | n/a | n/a | No Objection | ** |

**Mitre Trial Exhibit List**

| Exhibit No. | Title | Date | Bates Begin | Bates End | HBO's Objection | HBO's Stip. |
|---|---|---|---|---|---|---|
| PX0352 | Amended Responses and Objections of Defendant HBO to Mitre's Second Set of RFAs | 40392 | n/a | n/a | No Objection | ** |
| PX0353 | Amended Responses and Objections of Defendant HBO to Mitre's Third Set of RFAs | 40443 | n/a | n/a | No Objection | ** |

· Mitre reserves the right to amend and supplement this exhibit list.
· Mitre reserves the right to use additional exhibits for purposes of rebuttal or impeachment.
· Mitre reserves the right to use substantively identical versions of the exhibits on its list (for example, versions that have deposition stickers).
· Mitre reserves the right to use any and all exhibits listed by HBO in this exchange.
· Mitre reserves the right to object to the introduction and/or admissibility of any document listed on any exhibit list.