UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
----------------------------------------------------------x



USDC SDNY
DOC...
...
DATE: MAR 3 1 2015

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __Mitre Sports International Limited v. Home Box Office, Inc.__

_____, No. __08-cv-9117__

The date(s) for which such authorization is provided is (are) __April 1, 2015__

| Attorney | Device(s) |
|---|---|
| 1. Matthew Vaccaro | 1 Laptop |
| 2. | 1 Set of Speakers |
| 3. Jason Enzler | 1 Smartphone |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:
MAR 3 1 2015

Dated: _____

_George B. Daniels_
United States Judge

Revised: February 26, 2014