# EXHIBIT 2

**From:** Plepler, Richard (HBO) <Richard.Plepler@hbo.com>
**Sent:** Thursday, September 18, 2008 2:51 AM (GMT)
**To:** Stallone, Raymond (HBO) <Raymond.Stallone@hbo.com>; Greenburg, Ross (HBO) <Ross.Greenburg@hbo.com>
**Subject:**

I'd get that segment to tom friedman, nic kristoff,
Samantha powers, and discuss with steve Rubenstein who else. This should get real traction. It's important work.



HIGHLY CONFIDENTIAL

HBO006237
[D]

PX0322        PX0322.0001