# Exhibit M

```
                                                                    1
     F41AAMITC              Conference


1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    MITRE SPORTS INTERNATIONAL
     LIMITED,
4
                  Plaintiff,
5
             v.                        08 CV 9117 (GBD)
6
     HOME BOX OFFICE, INC.,
7
                  Defendant.
8
     ------------------------------x
9                                      New York, N.Y.
                                       April 1, 2015
10                                     2:00 p.m.

11   Before:

12                    HON. GEORGE B. DANIELS,

13                                      District Judge

14                         APPEARANCES

15   CONSTANTINE CANNON, LLP
          Attorneys for Plaintiff Mitre
16   BY:  JASON J. ENZLER, JEAN KIM, LLOYD E. CONSTANTINE, ANKUR
     KAPOOR, DAVID SCUPP, ROBERT L. BEGLEITER, MATTHEW VACCARO
17
     WILLIAMS & CONNOLY LLP
18        Attorneys for Defendant Home Box Office, Inc.
     BY:  THOMAS G. HENTOFF
19   ALLISON B. JONES, DANE H. BUTSWINKAS, KEVIN T. BAINE, MASHA

20   HANSFORD, NICHOLAS G. GAMSE

21   HOME BOX OFFICE, INC. LITIGATION
          Attorneys for Defendant Home Box
22   BY:  STEPHANIE S. ABRUTYN

23

24

25


                    SOUTHERN DISTRICT REPORTERS, P.C.
                              (212) 805-0300
```

```
                                                                   47
       F41AAMITC              Conference

 1              MR. CONSTANTINE:  We have a couple of housekeeping
 2     issues.
 3              THE COURT:  Yes.
 4              MR. CONSTANTINE:  One is on the exhibits to be used.
 5              THE COURT:  I have another issue.  I received a motion
 6     to quash but I don't think I receive a response.
 7              MR. SCUPP:  We'll be filing the response by the end of
 8     the week.
 9              THE COURT:  All right.  I can tell you what my
10     reaction is is that you need in that response you need to give
11     me a compelling reason why the chairman and chief executive
12     officer of HBO has some relevant testimony to give.  So, if you
13     really think this is important you've got to lay it out because
14     as I say most litigation just because the other side says I'm
15     suing Microsoft and I want Bill Gates to testify.  You have got
16     to tell me what Bill Gates has go to say about the case.  Has
17     absolutely no personal knowledge of any of the facts of this
18     case and would not pay more money because of the store any
19     relevant testimony to give.  So you would pay more money
20     because of the store to articulate and be very specific why
21     it's unique other than wanting to drag in a CEO that makes him
22     compelling as a witness but I'll wait --
23              MR. SCUPP:  We'll do that, your Honor.
24              MR. CONSTANTINE:  I think there are a couple
25     housekeeping issues, your Honor, that were raised at the -- at
```