

DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 06 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SO ORDERED:

*George B. Daniels, U.S.D.J.*

---

MITRE SPORTS INTERNATIONAL
LIMITED,

                  Plaintiff,

v.

HOME BOX OFFICE, INC.,

                  Defendant.

**Dated:** APR 06 2015

Civ. Action No. 08-cv-9117 (GBD)(HBP)

**NOTICE OF JOINT STIPULATION
TO DE-DESIGNATE FROM
PROTECTIVE ORDER COVERAGE
CERTAIN MATERIALS THAT MAY
BE USED AT TRIAL**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel for the Plaintiff, Mitre Sports International Limited ("Mitre"), and the Defendant, Home

Box Office, Inc. ("HBO") (Mitre and HBO are, collectively, "the Parties"), that:

    1.    On April 23, 2009, Mitre and HBO signed and Judge Daniels so ordered the

Confidentiality Stipulation and Protective Order (the "Protective Order") in the above-referenced

matter.

    2.    The Protective Order was subsequently modified by Judge Daniels by Orders

dated August 18, 2009, November 10, 2009, September 15, 2014, and October 15, 2014, and by

Judge Pitman by Orders dated October 16, 2009, March 25, 2010, May 7, 2010, January 20,

2011, February 25, 2011, June 2, 2011, July 30, 2012, August 8, 2012, October 3, 2013, October

29, 2014, January 13, 2015, January 26, 2015, and February 4, 2015. Pursuant to the Protective

Order, documents designated as "Confidential" and/or "Highly Confidential—Attorneys' Eyes

Only" are subject to certain procedures.

    3.    The Parties hereby agree that any document appearing on either Party's exhibit

list shall no longer be treated as designated under the Protective Order, regardless of whether it is

marked "Confidential" and/or "Highly Confidential—Attorneys' Eyes Only." *See* Exs. A & B to

Joint Pretrial Order, Dkt. 376 (Feb. 5, 2015).

  4. The Parties further agree that any portion of a deposition designated by either side

for possible use at trial, sent to Judge Daniels on CD-ROM on February 5, 2015, shall no longer

be treated as designated under the Protective Order, regardless of whether it is marked

"Confidential" and/or "Highly Confidential—Attorneys' Eyes Only."

  5. The following documents and deposition designations are excluded from this

stipulation:

  Exhibits:

  DX0160, DX0163, DX0169, DX0172, DX0173, DX0174, DX0175, DX0177, DX0180,
  DX0181, DX0183, DX0184, DX0185, DX0186, DX0187, DX0189, DX0191, DX0192,
  DX0193, DX0194, DX0195, DX0196, DX0197, DX0198, DX0215, DX0231, DX0237,
  DX0239, DX0287, DX0329, DX0336, DX0342, DX0343, DX0344, DX0351, DX0358,
  DX0361, DX0366, DX0371, DX0372, DX0373, DX0374, DX0375, DX0376, DX0377,
  DX0388, DX0389, DX0391, DX0392, DX0399, DX0408, DX0413, DX0415, DX0416,
  DX0418, DX0423, DX0444, DX0445, DX0450, DX0451, DX0452, DX0453, DX0454,
  DX0455, DX0457, DX0464, DX0466, DX0469, DX0504, DX0522, DX0523, DX0524,
  DX0525, DX0545, DX0550, DX0551, DX0552, DX0556, DX0565, DX0566, DX0721,
  DX0722, DX0723, DX0724, DX0726, DX0729, DX0730, DX0731, DX0732, DX0733,
  DX0734, DX0735, DX0736, DX0739, DX0740, DX0755, DX0763, DX0769, DX0774,
  DX0775, DX0777, DX0791, DX0801; DX0836, DX0837;

Deposition testimony:  Stewart Thomson.

  6. The following documents and deposition testimony designated "Confidential"

and/or "Highly Confidential—Attorneys' Eyes Only" by non-parties are also excluded from this

stipulation:

  Exhibits:

  DX0085, DX0086, DX0090, DX0094, DX0096, DX0098, DX0100, DX0101, DX0107,
  DX0190, DX0199, DX0205, DX0210, DX0211, DX0216, DX0218, DX0222, DX0229,
  DX0248, DX0249, DX0250, DX0253, DX0254, DX0262, DX0265, DX0268, DX0270,
  DX0273, DX0283, DX0284, DX0285, DX0289, DX0294, DX0295, DX0296, DX0299,
  DX0300, DX0301, DX0302, DX0303, DX0304, DX0305, DX0306, DX0308, DX0310,

04/02/2015 16:55 FAX
⌀004/004

Case 1:08-cv-09117-GBD-HBP   Document 410   Filed 04/06/15   Page 3 of 3

DX0316, DX0318, DX0321, DX0322, DX0323, DX0324, DX0325, DX0326, DX0330, DX0331, DX0338, DX0339, DX0345, DX0346, DX0348, DX0352, DX0353, DX0354, DX0359, DX0360, DX0383, DX0386, DX0398, DX0407, DX0414, DX0429, DX0430, DX0431, DX0434, DX0436, DX0437, DX0438, DX0439, DX0440, DX0441, DX0458, DX0461, DX0462, DX0470, DX0536, DX0544, DX0741, DX0772, DX0794;

Deposition Testimony: Ingram Pope, Sandro Vitiello, Darren Grill, and David Breed.

7.      A PDF or facsimile copy of the signature page of this stipulation will be deemed

to be an original for all purposes.

Dated: April 2, 2015                          Dated: April 2, 2015


Lloyd Constantine                             Kevin T. Baine
Robert L. Begleiter                           Dane H. Butswinkas
Ankur Kapoor                                  Thomas G. Hentoff
Jean Kim                                      Allison B. Jones
David Scupp                                   A. Joshua Podoll
Matthew Vaccaro                               Nicholas G. Gamse
CONSTANTINE CANNON LLP                        Masha G. Hansford
335 Madison Avenue, 9th Floor                 WILLIAMS & CONNOLLY LLP
New York, NY 10017                            725 12th Street, NW
Tel: (212) 350-2700                           Washington, DC 20005
Fax: (212) 350-2701                           Tel: (202) 434-5000
                                              Fax: (202) 434-5029

Jason Enzler                                  Of Counsel:
CONSTANTINE CANNON LLP                        Stephanie Abrutyn,
1001 Pennsylvania Avenue, NW                  Home Box Office, Inc.
Suite 1300 N                                  1100 Avenue of the Americas
Washington, DC 20004                          New York, New York 10036
Tel: (202) 204-3500                           Tel: (212) 512-5610
Fax: (202) 204-3501

                                              *Attorneys for Defendant,*
*Attorneys for Plaintiff,*                    *Home Box Office, Inc.*
*Mitre Sports International Limited*

3