LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.

WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

THOMAS G. HENTOFF
(202) 569-8441
FAX (202) 824-4190
THentoff@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 7, 2015

BY FACSIMILE (212-805-6737) AND ECF

The Honorable George B. Daniels
United States District Judge
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Mitre Sports International Limited v. Home Box Office, Inc.*, No. 08-CV-9117
              HBO motion to quash trial subpoena

Dear Judge Daniels:

    We represent Home Box Office, Inc. in the above-referenced case.  HBO's motion to quash the trial subpoena directed to HBO Chairman and CEO Richard Plepler (Dkts. 393) is fully briefed.  HBO has submitted its opening and reply memoranda (Dkts. 394, 408), and Mitre has submitted its opposition and a surreply (Dkts. 406, 411).

    If the Court would like to hear any oral argument before ruling, we can be available any time, and would request a telephone conference at the Court's earliest convenience.

    Thank you for your consideration of this request.

                                 Respectfully submitted,

                                 Thomas G. Hentoff

Enclosures

cc:    Counsel for plaintiff
       The Honorable Henry B. Pitman (by facsimile (212-805-6111))