UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MITRE SPORTS INTERNATIONAL LIMITED,

          Plaintiff,

v.

HOME BOX OFFICE, INC.,

          Defendant.



Case No. 08-cv-9117 (GBD)(HBP)

ECF Case

    It is hereby ORDERED that the following individuals are authorized to bring the electronics listed below into the Courthouse on April 27, 2015 until the end of trial in the above-captioned action.

| Individual | Device(s) |
| --- | --- |
| David Chatterjee | 1 Smartphone |

SO ORDERED

__APR 27 15__
Date

_____
United States Judge George B. Daniels