UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MITRE SPORTS INTERNATIONAL LIMITED,
                       Plaintiff,                    08 **CIVIL** 9117 (GBD)

          -against-                        **JUDGMENT**

HOME BOX OFFICE, Inc.
                    Defendant.
------------------------------------------------------------X

       The issues in the above-entitled action having been brought on for trial before the Honorable George B. Daniels, United States District Judge, and a jury on April 13, 2015, and at the conclusion of the trial on May 8, 2015, the jury having returned a verdict in favor of the defendant, it is,

       **ORDERED, ADJUDGED AND DECREED:** That the Complaint be and it is hereby dismissed.

**DATED:** New York, New York
            May    , 2015

**SO ORDERED**    MAY 7 2015

_____
       USDJ

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY:
_____
**Deputy Clerk**