F4DAMIT1ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

MITRE SPORTS INTERNATIONAL LIMITED,

             Plaintiff,

        v.                     08-cv-9117 (GBD)

HOME BOX OFFICE, INC.,

             Defendant.

------------------------------------x

                            New York, N.Y.
                            April 13, 2015
                            9:45 a.m.

Before:

                 HON. GEORGE B. DANIELS

                            District Judge
                            - and a jury -

                    APPEARANCES

CONSTANTINE CANNON, LLP
     Attorneys for Plaintiff
BY: ROBERT L. BEGLEITER, ESQ.
     LLOYD E. CONSTANTINE, ESQ.
     ANKUR KAPOOR, ESQ.
     JEAN KIM, ESQ.
     DAVID SCUPP, ESQ.
     MATTHEW VACCARO, ESQ.
     JASON J. ENZLER, ESQ.

WILLIAMS & CONNOLLY LLP
     Attorneys for Defendant
BY: DANE HAL BUTSWINKAS, ESQ.
     KEVIN TAYLOR BAINE, ESQ.
     THOMAS G. HENTOFF, ESQ.
     ALLISON BLAIR JONES, ESQ.
     MASHA HANSFORD, ESQ.
     ADAM JOSHUA PODOLL, ESQ.

Also Present: Stephanie S. Abrutyn, Esq.
                 Home Box Office, Inc.

F4DAMIT1ps

1

2           (In open court; jury panel not present)

3           THE CLERK:  Mitre Sports International Ltd. v. Home

4      Box Office, Inc., 08-cv-9117.

5           THE COURT:  I have your appearances.  Thank you.

6           Let me go right to some of the issues that are before

7      me.  With regard to the designations and counter-designations,

8      what you designated originally as designations and

9      counter-designations, those are the designations and

10     counter-designations.  You can't change them in response.  You

11     obviously made a determination of which you thought were

12     designations, which you thought were counter-designations, and

13     you did that without any agreement that they were all going to

14     be made at one time.  And it's not appropriate to change it

15     now, simply now recharacterize what you indicated were

16     affirmative designations or counter-designations.

17          Let me go to how to check --

18          MR. CONSTANTINE:  Your Honor, it's hard to hear you.

19          MR. BUTSWINKAS:  Judge, I'm sorry.  I just had a

20     question on the deposition issue.  I just wanted to make clear

21     to the Court that all of the designations were done in the

22     first instance by both sides before counter-designations, and

23     so we've already designated them.  So when you got to the

24     counter-designations, you already had the other side's

25     designations.  You generally wouldn't want to redesignate that

F4DAMIT1ps

1   as a counter-designations as well, because you wouldn't want

2   them identified twice.

3          THE COURT:  So you already designated your

4   designations and your counter-designations.  There's no

5   legitimate reason to say that the world changed because I

6   issued my order.

7          MR. BUTSWINKAS:  No.  The designations are in the

8   scope of the designations that came from them at the same time.

9          THE COURT:  You didn't characterize them as

10  counter-designations.  You characterized them as designations.

11         MR. BUTSWINKAS:  OK.  I understand, your Honor.

12         THE COURT:  I can't give you anything other than that.

13         With regard to Ponticelli, Ponticelli can testify, but

14  neither her lay or expert opinion are admissible in this case.

15  Now, if she wants to get on the stand and she wants to look at

16  the clip and she wants to say, that's not my complete answer,

17  and then you want to have her identify the complete segment and

18  let her identify it as her complete answer, she can do so.  But

19  what she thinks about HBO's motives or what she thinks is going

20  on is irrelevant.  So she, as far as I'm concerned, she is

21  strictly a fact witness, if she were called for that purpose.

22  She is not an opinion witness.  And none of her opinions are

23  admissible in this case.

24         MR. CONSTANTINE:  Thank you, your Honor.

25         THE COURT:  Now, unless you want to give me some

F4DAMIT1ps

```
1    more -- well, let me go to the motion to quash.  Plaintiffs

2    want to call the chairman of HBO.  Let's put it this way.  If

3    there's other testimony in this case from other witnesses who

4    say -- or other witnesses who will testify who can say that

5    they received e-mails from the chairman, then I'm not going to

6    order the chairman to come in here just for that.  So unless

7    you tell me that the chairman has something to say, admissible

8    evidence that other witnesses whom you anticipate will be

9    called by either side can't say, I'm not going to order him to

10   show up, just so you can grill him about the e-mails.

11          Yes.

12          MR. SCUPP:  Your Honor, just to be very clear, we are

13   going to ask Mr. Plepler about what he himself did.

14          THE COURT:  I didn't see anything in your submission

15   about what he did that was relevant.  What did he do, other

16   than send e-mails?

17          MR. SCUPP:  He sent an e-mail instructing the

18   president of HBO, as well as the parents who publish Children

19   of Industry, to prominent authors in the field of public

20   relations and the most powerful public relations --

21          THE COURT:  My question is still the same.  What did

22   he do other than send even e-mail?

23          MR. SCUPP:  That's what he's going to come to testify.

24          THE COURT:  That's what I just said.  If all you're

25   going to have him come and testify to is that he send the
```

F4DAMIT1ps

1   e-mail --

2          MR. SCUPP:  No, we want to know what he did other than

3   that.

4          THE COURT:  What did he do?  This isn't discovery.

5   Tell me what it is you expect him to say.

6          MR. SCUPP:  We expect him to say that he publicized

7   Children of Industry beyond the regularly scheduled broadcasts.

8          THE COURT:  How?

9          MR. SCUPP:  By providing the segment to individuals

10  such as those who he sent the e-mails to.

11         THE COURT:  Wait a minute.  You can't just keep

12  backdooring the e-mails.  Is there anything else that you say

13  that you have any evidence that he did that he is involved in

14  that would be relevant evidence in this case, other than send

15  the e-mail that was the subject of discovery?

16         MR. SCUPP:  Your Honor, I think that the e-mail itself

17  is strong circumstantial evidence.  And in response to our

18  proffer that we would have Mr. Plepler testify about what he

19  himself did, he did not respond that he --

20         THE COURT:  The people who received the e-mails, are

21  they testifying at this trial?

22         MR. SCUPP:  One will be testifying by deposition.

23         THE COURT:  Is anyone testifying live?

24         MR. SCUPP:  No.

25         THE COURT:  Was anyone asked about this e-mail during

F4DAMIT1ps

1   the deposition?

2          MR. SCUPP:  Yes.

3          THE COURT:  And did that person say that he received

4   such an e-mail?

5          MR. SCUPP:  I believe he did -- he did -- he did --

6   yes.

7          THE COURT:  OK.  So that person is going to say they

8   received an e-mail.  I assume they're going to testify what

9   they did in response to receiving the e-mail.

10          MR. SCUPP:  No, your Honor.  It's not in the

11   deposition testimony.

12          THE COURT:  It's not in the chairman's testimony

13   either.

14          MR. SCUPP:  I'm sorry, your Honor.  The chairman's

15   testimony?

16          THE COURT:  Right.  He's not going to testify about

17   what they did after they received the e-mail.

18          MR. SCUPP:  We don't know.

19          THE COURT:  Well, it's a little late to be saying you

20   don't know, you want to call him just to see what he's going to

21   say.  That's not persuasive argument.  Unless you can make a

22   proffer of what relevant testimony he has to give, I'm not

23   going to let you just drag the CEO in here just to say, I sent

24   an e-mail.  Now, if there was some relevant activity that he

25   was involved in beyond that, I assume that that would have been

F4DAMIT1ps

1    the subject of discovery.  But at this point to call him to see

2    what he's going to say, no, that's not a sufficient proffer.

3              Mr. Begleiter?

4              MR. BEGLEITER:  Yes, I have another point here.  The

5    e-mail is sent two days after Children of Industry is

6    broadcast, and also two days after Mitre had had a discussion

7    with counsel for HBO about the "problems" -- I'm being neutral

8    now -- about the problems that they had.

9              THE COURT:  And you intend to offer evidence in that

10   regard?

11             MR. BEGLEITER:  Absolutely.  Let me just make my point

12   and then sit down.  It looks to us -- because if you take a

13   look at his response on the motion to quash, he says he doesn't

14   recall if he knew about the conversation.  OK.  That's kind of

15   weak.  And I think we ought to have the opportunity for the

16   jury to look at it and say, look, did you double down on this,

17   did you know about the problems and say, go ahead and get more

18   publicity?  And then they go to punitive damages.

19             THE COURT:  I know, but that's a guess, that's a

20   speculation on your part at this point.  If you say you deposed

21   him and he said he ran out the next day and did X,Y, Z and

22   that's what you want him to come testify to, but to simply

23   bring him in here and say you hope he's going to say something

24   else is not, I don't think that's a sufficient basis to tell

25   the CEO of the company to come in here because you never

F4DAMIT1ps

1    deposed him, you never indicated he had any relevant testimony

2    to give, and you just want to drag him in here and throw him in

3    front of the jury and make him sweat.

4         MR. BEGLEITER:  Can we do an hour deposition of him in

5    his office?

6         THE COURT:  It's a little late for that.  Right now I

7    just hear pure speculation that you hope he's going to say

8    something useful.  The only thing that you proffered to me is

9    that he sent an e-mail, and then that others received the

10   e-mail and others took action in response to the e-mail.

11   That's totally admissible, through whatever witnesses that you

12   want to call or whatever witnesses you depose and whatever

13   witnesses they indicated that they had that information.  But

14   even the chairman doesn't have the non-hearsay information of

15   what the others did in response to his sending the e-mail.

16        So unless you can give me a specific proffer of what

17   you say he's going to say and that is going to be both relevant

18   and admissible and also not cumulative, then, no, I'm not going

19   to drag him in here.  So if you can articulate something that

20   is relevant, admissible, non-hearsay testimony that you're

21   confident that he's going to give and it's not going to be

22   cumulative of other testimony, I will consider making the CEO

23   come down here to say that.  I can't do it by simply saying,

24   well, you hope he gets up on the stand and breaks down and

25   confesses.

F4DAMIT1ps

1          MR. BEGLEITER:  I don't expect him to confess.  Even

2     if we accept his testimony that he "doesn't recall" the

3     conversation, I think that goes to punitive damages.

4          THE COURT:  Well, where do you have that from?

5          MR. BEGLEITER:  From his declaration, that he

6     submitted in support of his motion to quash, because he

7     "doesn't recall" about the conversation, which might have

8     pointed out two days before that there were problems.  So now

9     if he doesn't take the stand, we lose the opportunity to ask

10    him, hey, look, you're the CEO, you didn't know, your people

11    didn't tell you and you didn't react to it, and instead you go

12    ahead and double down on the publicity going to Pulitzer Prize

13    winners and high-class public relations people?  That's my

14    point, your Honor.

15         THE COURT:  As I say, you want to call him as your

16    witness so you can impeach him.

17         MR. BEGLEITER:  Absolutely, your Honor.

18         THE COURT:  That's a little awkward to just say, well,

19    the guy said he doesn't remember, so I want to call him as my

20    witness to make him squirm and say he doesn't remember and then

21    I can argue to the jury he's lying and saying he doesn't

22    remember.

23         MR. BEGLEITER:  I'm just saying that's incredible.

24         MR. CONSTANTINE:  Your Honor, this will be the last

25    thing we say about it:  It is simply not credible that

F4DAMIT1ps

1    Mr. Plepler directed the public relations staff and the

2    president of HBO Sports to contact three of the most powerful

3    reporters in the world, who are his personal friends -- I heard

4    him the other day on television saying Tom Friedman this and

5    Tom Friedman that.  So these are his personal friends.  It's

6    quite likely that he also talked to Tom, that he also talked to

7    Samantha, and he also talked to Nick and he also talked to

8    Steve Rubinstein, and his declaration carefully avoids that.

9    He said, I sent this e-mail to the president of HBO Sports but

10   I don't remember doing that, and I'm the kind of CEO who

11   doesn't even care whether the president of HBO Sports takes my

12   direction.  It's not credible.  The jury has a right to see his

13   answers to those questions.  And they have the right to know

14   what he did himself, because it's quite likely, since he was

15   excited about this program, that he also --

16             THE COURT:  But you have no evidence that he did

17   anything himself.

18             MR. CONSTANTINE:  Well, if your Honor would allow us a

19   30-minute deposition --

20             THE COURT:  Wouldn't that have been appropriate to do

21   during discovery, if you thought he had relevant information?

22             MR. CONSTANTINE:  It would have been appropriate, when

23   we let HBO know that we were going to call him, I believe in

24   December, for them to say, look, he has nothing to say, if you

25   want to take his deposition and he will aver to that, that

F4DAMIT1ps

```
 1    would have been fine.  But the motion to quash was made more
 2    than three months after we let HBO know that we were going to
 3    call him.
 4             THE COURT:  Well, as I say, you haven't been able to
 5    articulate any testimony that he could give that would give
 6    this jury any information that they don't already have, nor
 7    that you say that he has additional information that he's going
 8    to testify to.  It seems to me that this case is -- your
 9    position right now is not that you're proving your case because
10    the chairman ran out and told everybody about the story.
11    That's not your case.
12             MR. CONSTANTINE:  That's a part of the case.
13    Publicity is part --
14             THE COURT:  No, not that the chairman personally did
15    that.  That's not your case.
16             MR. CONSTANTINE:  That is part of the case, your
17    Honor.
18             THE COURT:  You have evidence to offer that the
19    chairman went out and personally spoke to other people about
20    this?
21             MR. CONSTANTINE:  We don't.  We're going to ask him,
22    we want to ask him that, your Honor.
23             THE COURT:  But he's going to deny it.  And the
24    question aren't evidence.  Answers are.
25             MR. CONSTANTINE:  I don't actually believe he will
```

F4DAMIT1ps

1    deny it.  I believe he is a truthful person and if he did what

2    he likely would have done, which is call up his friends, then

3    he will truthfully testify to that.

4              THE COURT:  What are you saying now would be evidence

5    of what?

6              MR. CONSTANTINE:  Evidence of publicity.  The essence

7    of a libel case is publication and publicity, your Honor.

8              THE COURT:  So you're hoping you have that additional

9    publication, but you have no evidence that any such publication

10   took place.

11             MR. CONSTANTINE:  I think the evidence would come from

12   Mr. Plepler, and I believe he will truthfully testify.

13             THE COURT:  He's clear that you don't have any basis

14   to do anything other than to -- I won't even call it

15   speculative, I will call it to hope that he's going to give you

16   contrary testimony to what he has provided in his affidavit.

17   So unless, as they say, I'm fairly confident -- you talk about

18   what you hope you can do with him, which is really to call him

19   so you can try to impeach him.  I see no facts that you have a

20   basis to argue that you, if you have a reasonable belief that

21   he's going to give you some additional facts other than the

22   facts as you are now aware of them that he sent an e-mail to

23   these people, gave them directions to distribute this, and if

24   they in fact did distribute it, that's further evidence of your

25   publications.  If they did not distribute it, then that is not

F4DAMIT1ps

1  further evidence.

2          MR. CONSTANTINE:  The reasonable belief, your Honor,

3  is based upon the following: since the carefully and

4  strategically worded declaration did not go into the issue of

5  what he did beyond that -- he didn't say, I didn't do anything

6  else; he didn't say, I didn't contact these people who are my

7  friends myself; he didn't say any of that -- the fact that that

8  declaration was put together by assertion is a reasonable basis

9  to ask Mr. Plepler that one question.

10         THE COURT:  You want to ask him that one question so

11  he can deny it.

12         MR. CONSTANTINE:  And I'm sure he will truthfully

13  testify.  In fact if we ask him that one question and he says,

14  I did nothing else, then that would be the end of his

15  testimony.

16         THE COURT:  Well, as I say, on that basis I think that

17  that's an insufficient basis to call the CEO of the company to

18  sort of ask him and hope that he gives you the answer that you

19  want him to give.  So that's my position unless something

20  changes in this regard.  If some of the other witnesses testify

21  that the CEO told somebody to say, come on down to me, I'll let

22  you talk to my buddy, something like that, then I'll reconsider

23  it.  At this point there is no basis in fact for that witness

24  to give that testimony.

25         With regard to the deposition designation, unless you

F4DAMIT1ps

1   can -- I went through it quickly.  I saw some subject matter

2   that seems to me was explored on direct that -- appropriate to

3   explore them on counter-designations and appropriate if

4   generally that subject matter, the nature of his testimony,

5   that be designated as affirmative designations.  The only

6   issues I saw was with a few questions and answers, mainly

7   because I don't think the questions were -- one, I think the

8   questions were either argumentative or the answer was either

9   nonresponsive or the answer did not make the question or the

10  answer relevant.

11          MR. BEGLEITER:  Your Honor, we understood your

12  argument.  Is that the deposition you're looking at?

13          THE COURT:  There are two of them.

14          MR. BEGLEITER:  That's right.

15          THE COURT:  I'm just trying to remember.  It's on page

16  636 -- I'm sorry.  Let me go back.  Quite frankly I'm not sure

17  whose deposition this is.  There's a designation on page.

18          MR. BEGLEITER:  Page 36, line 17, your Honor.

19          THE COURT:  No.  It's line 13 of -- Mr. Satyarthi.

20  It's Mr. Satyarthi, page 30, I'm sorry.  Page 30, I think you

21  might have been right.  I'm on page 30.  Page 30, lines 13

22  through 25.  I don't see any information being elicited from

23  this witness with that question and answer.

24          MR. BEGLEITER:  Your Honor, we just wanted to see if

25  Mr. Satyarthi has accepted any money from CNN, as an employee,

F4DAMIT1ps

1    as an independent contractor.  That's what -- I've been told

2    we'll drop it, your Honor.

3             THE COURT:  I know, but that wasn't his answer.

4             MR. BEGLEITER:  It wasn't his answer.

5             THE COURT:  His answer was to debate that in court.

6    He already gave an answer, I thought, earlier that he had not

7    received money.

8             MR. BEGLEITER:  Your Honor, we'll drop it.  It's 30,

9    line 13, to 30, line 25.

10            THE COURT:  When he says, "This is an irrelevant

11   question"?

12            MR. BEGLEITER:  Yes.

13            THE COURT:  "It has no relevance beyond" -- that's not

14   the answer to your question.  And then his answer, "Let me tell

15   you that it is not.  Don't ask those irrelevant questions,

16   because I'm not going to answer them.  You're wasting my time

17   and your time.  Let's not waste any more time."  That's not the

18   answer to your question.

19            MR. BEGLEITER:  Your Honor, we'll delete the question

20   and answer.  OK?

21            THE COURT:  Also, on page 36 --

22            MR. BEGLEITER:  17 to 22?

23            THE COURT:  No.  I don't have problems with that.  Oh,

24   I had the whole thing, yes.  As a matter of fact, I think I had

25   a problem with that whole page, designation.

F4DAMIT1ps

1          MR. BEGLEITER:  Well, the question begins on 35, your

2     Honor.

3          THE COURT:  What is the answer that you want?  The

4     questions are not evidence.  The answers are.  He says, "Yeah,

5     be careful.  You're talking to someone, not an accused here,

6     who is a witness, who is trying to help to bring about the

7     truth.  And if you're really interested in truth, be careful

8     about your words.  You are not -- you are not questioning an

9     accused in American court.  You are questioning an Indian

10    dignitary to find out the truth.  Are you interested or are you

11    interested -- are you interested in the truth or are you

12    interested in words?"  That's the answer you want?  That's the

13    responsive answer to your question?

14         MR. BEGLEITER:  Your Honor, it shows hostility.  If

15    nothing else it gives us the right to ask him leading

16    questions.

17         THE COURT:  And then the next line, "I am a seeker of

18    truth, Mr. Satyarthi.  That is good.  OK, I should shake hands

19    with you.  OK, great.  Thank you."  You want that?

20         MR. BEGLEITER:  That shouldn't go in, your Honor.

21    That's gone, your Honor.  The other part of it --

22         THE COURT:  The most useful thing usually to me is

23    just read it out loud.  That's not the answer to your question.

24    That doesn't make your point.  You're bantering back and forth

25    with Mr. Satyarthi.  The witness says, look, treat me with a

1    little respect and I'm not in a criminal case.  If you think

2    that his answers were demonstrating hostility to the extent

3    that he is an incredible witness, then I assume that that would

4    be made someplace else.

5         MR. BEGLEITER:  Your Honor, we will delete from 30 --

6    35, 16, through 36, 22.

7         THE COURT:  And I only had -- I think I had one more,

8    which is really a similar kind of thing.  I thought there were

9    three items, but I only saw two.  But the rest of it, unless

10   you tell me somehow that -- I saw, you know, there were

11   counter-designations and designations with regard to inquiries

12   about SGFI, and inquiries about Social Entrepreneur and CNN and

13   Principal Voices and whether he was paid by CNN.  I think those

14   are other places.  It seemed to me that those were appropriate

15   inquiries, subjects of inquiry from both sides for the most

16   part, about those issues.  So I don't see a particular reason

17   to keep them out from some of your designations or to keep some

18   of those questions and answers out.  So unless there's

19   something that you feel strongly about and have a strong

20   argument to make that that clearly shouldn't be in this case,

21   either by subject matter or by answer, it seems to me that it's

22   fair game, given the nature of the inquiries of the witness.

23        And that's all I have.  Anything from the plaintiffs

24   that you want to emphasize further?

25        MR. BEGLEITER:  No, your Honor.

F4DAMIT1ps

1          THE COURT:  Anything?

2          MS. HANSFORD:  No, your Honor.

3          THE COURT:  So that's basically my guidance, depending

4     on how you proceed with the evidence.  And that will give me a

5     similar format for me to review with regard to the other, I

6     think that will be four more depositions and issues that I

7     don't yet have.  When I get those I will go through those.

8          I'm still unclear about the rate concession issue,

9     because the letter that I got still doesn't tell me what is the

10    factual basis, or even testimonial basis, for the jury to

11    conclude that there was a rate concession.  Mr. Apfel is not

12    going to testify.  So where is that coming from?

13         MR. KAPOOR:  Your Honor, that comes from our damages

14    expert, Laura Stamm.  She interviewed Mr. Apfel personally.

15         THE COURT:  You still haven't tell me where

16    Mr. Apfel's information came from.  He could have made it up.

17    Now you say he's not going to testify that he gave, discussed

18    with anybody a rate concession, and the fact, just because he

19    told her doesn't make it so.  So I can't tell the jury --

20    that's a nice hypothetical, but it's an irrelevant hypothetical

21    if there's no such evidence in this case that it ever happened,

22    other than he told her that it happened, then there is no

23    admissible evidence in this case that it happened.

24         MR. KAPOOR:  HBO had plenty of opportunity both to

25    cross-examine both Ms. Stamm, and they did, and Mr. Apfel, and

F4DAMIT1ps

1    they chose not to, about the negotiations.

2              THE COURT:  But that doesn't go to the harm, that

3    question.  My question was very simple and was going to be

4    determinative.  If you could tell me that you had a witness who

5    was going to come in and say that during negotiations they

6    discussed and gave them a rate concession, then I would say

7    that, then you have a basis for the expert to say that that was

8    relevant to her examination.  But you came back and said to me,

9    Apfel is not going to come in here and say that.  So if Apfel

10   is not going to come in here and say that, and nobody else is

11   going to come in here and say that, then it's not a relevant

12   analysis for any expert, because it doesn't exist.

13             MR. KAPOOR:  If that's your ruling, your Honor, we

14   understand it.  We disagree with it, but we understand it.

15             THE COURT:  You could have given her that information

16   and that would have been a basis for her to come in and

17   testify, if she sued that for the basis.  If you tell me, well,

18   I gave it to her as a hypothetical or I gave it to her because

19   A told B, who told C, who told D, that's not -- so without any

20   admissible evidence that that is a fact, her relying upon that

21   to tell the jury that they should use that to calculate damages

22   is inappropriate, if she's using a factor which is not

23   established in fact before the jury.  That's my position.  All

24   right.

25             So I think I've dealt with most of the stuff, not all,

F4DAMIT1ps

1    hopefully all of the things that are before me up until early

2    this morning.

3              MR. BEGLEITER:  Your Honor, the other deposition for

4    today, what we wanted to show today, or tomorrow, whenever we

5    can get to it, is Purewal.  There are only four objections.  Is

6    it possible to get a ruling now?

7              THE COURT:  Yes.  I'm sorry.  I included my ruling in

8    my previous ruling.  I saw nothing that --

9              MR. BEGLEITER:  I'm sorry.  I didn't understand that,

10   your Honor.

11             THE COURT:  Yes.  Purewal, his testimony was about the

12   SGI.  I was including both of their testimony, SGFI.  I didn't

13   see --

14             MR. BEGLEITER:  It just wasn't there, your Honor.

15             THE COURT:  Let me just look.  Maybe that was where I

16   wrote -- I thought I had a third one.

17             MR. BEGLEITER:  3744.

18             THE COURT:  Yes.  There weren't that many objections.

19             MR. BEGLEITER:  We have one, 311.  The other three are

20   from HBO.

21             THE COURT:  I mean, how many objections did you have?

22             MR. BEGLEITER:  We had one, speculation.  That's on

23   page 311.

24             THE COURT:  311.

25             MR. BEGLEITER:  Yes.

F4DAMIT1ps

1              THE COURT:  Yes.  I only saw one or two.  Were there
2      more than one?
3              MR. BEGLEITER:  No.  That's it.  But our objections,
4      one objection --
5              THE COURT:  I'm sorry.  What?
6              MR. BEGLEITER:  That was on 311, 5 to 16.
7              THE COURT:  I'm not sure.  Is this somehow in dispute,
8      this information?  Because the way the question was phrased, I
9      didn't see it as --
10             MR. BEGLEITER:  Not really, your Honor.
11             THE COURT:  Is it Kam Raghavan who prepared this
12     document?
13             MR. BEGLEITER:  Right.
14             THE COURT:  As I say, you need two things to read.
15     You need a grounds for objection and you need a reason to want
16     to object.  Give me both if you want to be persuasive.  Let's
17     not spend a lot of time on the ones there is not a reason to
18     object.
19             So I think that that's my position.  Look, with regard
20     to these designations and counter-designations, I have
21     encouraged and still encourage you to get on the same page and
22     agree to what will be appropriate and useful process or both.
23     To the extent that you still can't do that, that's the way my
24     ruling is.  We have to move forward.  So when you give me the
25     other designations, as soon as you can, I'll look at them and I

F4DAMIT1ps

1     will rule on them.

2            Then is there anything that I didn't address?

3            MR. CONSTANTINE:  Your Honor, the only thing that you

4     didn't address was the issue of subtitles, but we will --

5            THE COURT:  Yes.  Let's take a minute to talk about

6     that now.  You have me at a disadvantage.  I'm only ruling in

7     the abstract.  First, the issue of whether it was going to be

8     native English speakers or non-native English speakers.  Then

9     it sort of morphed into, well, even some of the native English

10    speakers don't speak so clearly.  I don't know if you agree

11    with that, disagree with that.  I don't know how to assess it.

12           MR. CONSTANTINE:  We've tested it, your Honor.  We've

13    actually had our technicians into the courtroom.  We know when

14    the courtroom is more crowded it's harder to hear at times.

15    There is often a time when the question or the answer trails

16    off, and at that moment, at those moments it is a significant

17    aid to the jury to actually also see.  I recall in December

18    when we had our pretrial, you, your Honor, indicated your

19    fondness for that kind of assistance to the jury.  We did it at

20    great expense.  We can take it out at great expense.  Right now

21    we are prepared to do it, we are prepared to do the subtitles

22    for the non-native English speakers.  We think it would be a

23    benefit, even with the native English speakers, to be able to

24    use it where we know that there are some difficulties in

25    hearing either the question or the answer.

F4DAMIT1ps

1              THE COURT:  Well, two problems I have with that.  One

2      is that if it's so reasonably obvious, how come the other side

3      can't see it too?  And that's not their position.  And, two, I

4      don't have a way to assess that because I don't know which

5      depositions you're talking about, how many you're talking

6      about.  If there are really one or two, it makes sense for

7      that, or it makes sense to do them all, quite frankly it

8      doesn't really matter to me.  Whatever is convenient for the

9      parties, but more importantly, whatever is effective for the

10     jury to be able to understand the deposition.  The reality is

11     you're supposed to do depositions in a way so that you

12     accurately record the testimony of the witnesses.  If it

13     doesn't accurately, the video doesn't accurately record the

14     testimony of the witness, then your other alternative is to use

15     the transcript and read from a transcript.  But, again, it

16     doesn't matter to me.  This is lawyer tactics.  This is

17     strategy.  It's not anything more for me.  There's no rule that

18     it's preferable one way or the other.  But you two can't agree.

19     That's the problem.

20             MR. CONSTANTINE:  Your Honor, we will simply go with

21     your ruling of last week, which is, we will take the subtitles

22     out of the native English speakers.  We will only use them with

23     the non-native English speakers.  If in the course of the trial

24     we see and you see and everybody sees that there are some

25     difficulties, then we may renew this request.

F4DAMIT1ps

1            THE COURT:  And you know what, look, there are ten

2    different ways to do this.  And I'm not here to try to

3    advantage or disadvantage anybody or try your cases for you.

4    But, look, if you think that it is not clear what the person is

5    saying, then, you know, you can also consider whether you want

6    to offer a transcript, if you think it was unclear for the jury

7    to hear that, they have the right to the testimony.  And they

8    have the right to the testimony in the form of video deposition

9    or in the form of a transcript that is prepared after the

10   deposition is done.  Or both.  So if you think that there's a

11   genuine problem there, that's one thing.  But if it's just sort

12   of that, well, you think that you would be better off if you

13   had subtitles and they think they will be better off if you

14   don't, I'm not particularly eager to jump into that debate.

15           And literally, literally, if you want me to look at a

16   video and say, look, that video is really hard to hear and the

17   jury won't be able to understand what this witness is saying,

18   then, as I say, one of a number of alternatives, or two of a

19   number of alternatives is to do those subtitles there or to

20   offer the transcript if in addition or in lieu of the

21   testimony, or read it to the jury if you want, but you can

22   consider what you want to do.  But I can't go through the

23   depositions and try to figure out who's better off for this

24   deposition if you have subtitles or you don't have subtitles.

25   And as they say, one side is against it merely because the

F4DAMIT1ps

1    other side is for it.  That's the debate I have.

2            MR. CONSTANTINE:  This was motivated by making it

3    better for the jury.  And we are in the process whereby,

4    several days in a row, we disclosed which deposition is going

5    to be shown.  We always watch them in advance.  And if we see

6    that there's one which is particularly problematic, we will

7    call that.

8            THE COURT:  Well, as I say, there's an old defense

9    saying, particularly in criminal cases, my job is not to

10   convince them, it's to confuse them.  Maybe that's what they

11   think; they're better off if the jury can't hear what they have

12   to say.  I don't know.  If you two think that the jury -- the

13   important thing is to make sure that the jury gets all the

14   admissible evidence that they're entitled to.  So if you can

15   convince me that they're being unreasonable, then I will listen

16   to it and I'll say, yes, it's obvious to anybody that they need

17   some other aid.

18           MR. CONSTANTINE:  Your Honor, you probably, like me,

19   have been to parent-teacher conferences where they say, some

20   children learn by reading and some children learn by hearing.

21   And some of those children are going to be in the jury box, and

22   we would like to have both of those available for all of the

23   jury.

24           THE COURT:  And, you know, I don't think that that's

25   an unreasonable position.  But it's also a reasonable position

F4DAMIT1ps

```
 1    that they take that they would rather have the jury just
 2    concentrate on the witness and not be as concerned about trying
 3    to read at the same time.  Either way, quite frankly, I don't
 4    think -- as they say, if that's the determinative factor in
 5    your case, then one of you shouldn't be here.  If you can find
 6    a compromise between the two of you or you think that it's
 7    important enough to convince me to do something over their
 8    objection in this regard --
 9            MR. CONSTANTINE:  We had a compromise and think it's a
10    fair compromise.  It's the non-native versus native.  And thank
11    you, your Honor.
12            THE COURT:  Well, compromise is something the two
13    sides agree to.  We haven't gotten that far, unfortunately.
14            Did you have something?
15            MR. HENTOFF:  Yes, your Honor.  The parties submitted
16    yesterday jointly five agreed proposed pretrial instructions
17    for the Court to consider to read for the jury at the beginning
18    of the case.  And the parties have also agreed on a statement
19    for the Court to read to the jury.
20            THE COURT:  I don't think that I got that in chambers.
21    Did you just file that on ECF?
22            MR. HENTOFF:  Your Honor, we filed it on Sunday, but I
23    can hand up the jury instructions.
24            THE COURT:  You can give me both.  I don't think I
25    have either one of them.
```

F4DAMIT1ps

1            MR. HENTOFF:  And these are agreed.

2            THE COURT:  And you want all of these instructions

3     given after the jury is impaneled and before you open?

4            MR. HENTOFF:  Yes, your Honor.

5            THE COURT:  All right.  I don't have any problems with

6     that.  I have my standard preliminary instructions.  I can give

7     you a copy of that.  You can look that over.  And if you prefer

8     yours to mine I have no problem.

9            MR. HENTOFF:  Your Honor, the one that we think is

10    particularly helpful is number five, which sets forth the

11    elements of the libel claim.

12           THE COURT:  In essence number five could, maybe not

13    necessarily in this detail, but number five is what I think is

14    appropriate to give when I introduce the parties and tell them

15    what this case is about, before I start voir dire, so the whole

16    panel.  So five I would substitute for, I usually give them a

17    basic instruction about what the case is about.

18            I was just going to basically explain to them, the

19    case is brought by HBO about Children of Industry and an HBO

20    televised program called Real Sports of Bryant Gumbel, saying

21    that they turned a blind eye to the use of child labor,

22    resulting in damages to Mitre.  HBO denies the allegations and

23    contends that their program is not defamatory in any way.

24           MR. HENTOFF:  Your Honor, HBO is fine with that

25    instruction.

F4DAMIT1ps

1          THE COURT:  I don't usually get deeper into the facts

2   of the case.  But I am perfectly willing to do what both sides

3   agree to.

4          MR. KAPOOR:  Your Honor, we actually have two

5   defamation claims.  One is what your Honor just read,

6   concerning HBO's allegations in Jalandhar, India.  And then

7   there is a second claim, and it's summarized in our proposed

8   jury instructions, to the effect that Mitre uses child slave

9   labor in Meerut, India.

10         THE COURT:  I could refer to Meerut and Jalandhar.  I

11  don't have a problem with that.  Just tell me how you pronounce

12  it, again.

13         MR. KAPOOR:  Jalandhar.

14         THE COURT:  Jalandhar?

15         MR. KAPOOR:  J-a-l-a-n-d-h-a-r.

16         THE COURT:  Pronounced Jalandhar?

17         MR. KAPOOR:  Jalandhar.

18         THE COURT:  And Meerut?

19         MR. KAPOOR:  Meerut, M-e-e-r-u-t.

20         THE COURT:  Meerut.

21         Mitre alleges that HBO falsely portrayed Mitre as

22  using child labor or turning a blind eye to the use of child

23  labor in Jalandhar and Meerut.

24         MR. KAPOOR:  Well, the specific claim is that HBO

25  alleges that Mitre uses child slave labor in Meerut, India.

F4DAMIT1ps

1          THE COURT:  I'm not sure that -- it doesn't matter to

2      me.  I'm not sure slavery is really the issue.  I don't

3      remember any reference in the program to slavery.

4          MR. KAPOOR:  It's, if not the central focus of the

5      program, your Honor may recall that, in the program, that

6      Kailash Satyarthi says, this is slavery.  Bernard Goldberg

7      says, you're calling this slavery.  And Mr. Satyarthi

8      emphasizes that it's slavery.

9          THE COURT:  As they say, be careful what you ask for,

10     you may get it.  If you want me to describe this case as being

11     about, you have to prove that they were involved in slave

12     labor, I will say that.  But I'm not sure that you're putting

13     more of a burden on yourself, rather than thinking that you are

14     getting some sort of reaction from the jury about slavery with

15     children.  The reality is that the defamatory nature of an

16     allegation is the fact that they have been using child labor.

17     Whether it's defined and qualifies as slave labor or not

18     doesn't seem to be -- this, as they say, may be icing on the

19     cake, if you want to throw it in there, but it doesn't seem to

20     be your burden.  But in fact if you want me to tell them that

21     that's what you allege and that's what you have to prove, then

22     I'm willing to tell them.

23         MR. KAPOOR:  Yes, your Honor.  Our defamation claims,

24     there are two of them, one that Mitre turns a blind eye to the

25     use of child labor in Jalandhar, and, worse, that Mitre uses

F4DAMIT1ps

1    child slave labor in Meerut.  That's what the show portrays,

2    your Honor, and those are our claims.

3            THE COURT:  Well, I think that -- I'm not going to

4    get -- I will look at -- well, let's put it this way.  I don't

5    think that that's what you asked me to tell them.  You say you

6    agreed upon a statement to them.  That's not in this statement.

7            MR. KAPOOR:  Your Honor, in the proposed jury charge,

8    after the close of the evidence, that is how we describe our

9    two claims.  In what we submitted to the Court yesterday, we

10   didn't get into that level of detail, meaning that we did not

11   get into a level of detail of what was going on in Jalandhar

12   either.

13           THE COURT:  But you're saying to me now you want me to

14   get into that level of detail.

15           MR. KAPOOR:  No, your Honor.  If your Honor is going

16   to describe Mitre's claim in Jalandhar, we think it's necessary

17   that your Honor also describes Mitre's separate claim regarding

18   Meerut.  The other alternative is that your Honor simply give

19   the instruction --

20           THE COURT:  I'm not quite sure, even if I don't have

21   any -- I don't have any strong reaction to it one way or the

22   other, but I'm not quite sure what you say is the difference

23   that you have to prove with regard to Jalandhar and with regard

24   to Meerut, how you prove that one is slave labor and one is

25   not.

F4DAMIT1ps

1          MR. KAPOOR:  We would then prefer that your Honor just

2     give the instruction as we proposed it in proposed instruction

3     number five, to which HBO and Mitre agreed, and not reference

4     specifically Jalandhar or Meerut.  We'll save that for the jury

5     charge at the end of the case, after the close of the evidence.

6          THE COURT:  But you don't want me to say that HBO

7     falsely portrayed Mitre as using child labor?

8          MR. KAPOOR:  In the preliminary instructions that is

9     correct, your Honor.

10          THE COURT:  You don't want me to say that.

11          MR. KAPOOR:  That is correct, your Honor.

12          MR. BUTSWINKAS:  Your Honor, we would like you to give

13     the instruction that you were going to give as a preliminary

14     instruction.  Your instruction is better than the one the

15     parties came up with.

16          THE COURT:  Usually it is.  Until we start talking

17     about it.  Everyone changes their line.

18          MR. BUTSWINKAS:  Your Honor, I'm just saying that your

19     instruction is a lot better because if we instruct on in

20     minutia, we're never going to get the case done.

21          THE COURT:  I just want a pithy way to say it.  This

22     is a defamation claims.  They accuse you of using child labor

23     and that was false and that's what this case is about.  If you

24     could give me the details in opening statement of what you say

25     you want to prove.

F4DAMIT1ps

1          MR. KAPOOR:  Your Honor, that's not what our case is.

2     Our case is about two claims of defamation, two defamatory

3     statements made by the show.  If your Honor doesn't want to get

4     into --

5          THE COURT:  That's fine.  But you guys are splitting

6     hairs, as lawyers do.  The jury is not going to particularly

7     care, if they find that you were using slave labor, they're not

8     going to care whether it happened ten miles out of Meerut or

9     whether it happened in Meerut.  So that's not going to be the

10    issue here.  You can sort of try to put it into that slot if

11    you want, but the jurors, they don't --

12         MR. KAPOOR:  If your Honor is concerned about

13    referencing specific cities, then we would be OK with something

14    like Mitre claims that HBO defamed Mitre by portraying Mitre as

15    using child labor and child slavery.  There are two claims of

16    defamation.  And we move for summary judgment on both claims.

17         THE COURT:  You know what.  That's why I don't like to

18    get -- you would just like to tell them the case is about them

19    accusing you of using children to sell soccer balls.  That's

20    not from the jury's perspective.

21              (Continued on next page)

22

23

24

25

F4D8MIT2

1        THE COURT:  You may want to make it more complicated.

2        MR. KAPOOR:  Respectfully, that's not a correct

3    characterization of what we are claiming.

4        THE COURT:  I am going to let you characterize your

5    claim because I don't know how to characterize your claim,

6    other than you were kind of mad at them when they said you had

7    children working in India, from my simple perspective.

8        MR. KAPOOR:  You did characterize our claim correctly

9    on summary judgment when your Honor said that our claim is that

10   HBO is accusing Mitre of actively doing something.  It's not

11   simply that children are stitching soccer balls.  It is that

12   Mitre is using child labor or turning a blind eye to using

13   child labor in one city in India, and worse, that Mitre is

14   using child slave labor in another city in India.

15       THE COURT:  I would not make too fine a distinction

16   when you argue that to the jury.  Otherwise, they are going to

17   think that you're not talking to them.  This case is a lot more

18   simple than that.  If you think they are going to parse it out

19   that way, that's fine.  I am going to stay out of your way.

20   You can present your case any way you want to.  If that's the

21   way you want to characterize it to them and tell them that you

22   can only find in your favor on those limited issues, I will let

23   you do.  As I say, after you get past all the lawyer stuff,

24   it's not that complicated for a jury in terms of the issues.

25       MR. KAPOOR:  What is the exact instruction?

F4D8MIT2

1          THE COURT:  I will give the exact instruction that you

2     have asked me jointly to give.  That's it.

3          MR. KAPOOR:  That's fine.

4          We also have an agreed upon statement regarding your

5     introduction to children of industry.  I can hand it up right

6     now.

7          THE COURT:  So I am going to give your proposed

8     instruction number 5 when I introduce the parties and tell the

9     parties what this case is about.  I am not going to say

10     anything about children, anything about slave labor, child

11     labor.  That's not what is in the instruction.

12          MR. KAPOOR:  Thank you, your Honor.

13          THE COURT:  In opening statement you can define the

14     issues to the jury on both sides, and then after the opening

15     statement, I will give them the agreed upon statement regarding

16     children of industry that you want me to give them before it's

17     played.  Then you will play it.  And then I will turn to the

18     plaintiffs and ask them to call their witness first.

19          I'm sorry, you wanted it played before opening.

20          MR. CONSTANTINE:  You will tell them what they are

21     going to see.  We have agreed on language with HBO.  And then

22     they will see the footage and then we will open and HBO will

23     open.

24          THE COURT:  So then we are ready.  Our jurors are

25     ready, if you're ready.

F4D8MIT2

1            Why don't you take a short break and when the jurors

2    come up on the floor we will bring them in.

3            When the jurors come in, I am going to ask you to

4    stand for a little bit until we can get the jurors seated.

5    Let's take a short break, five minutes, and we should have the

6    jury here.

7            (Recess)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

AFTERNOON SESSION

2:30 p.m.

THE COURT:  At this point, the parties want me to give your proposed instructions 1 through 4?

MR. KAPOOR:  Yes, your Honor.

THE COURT:  I think we are missing one juror.

(Jury present)

THE COURT:  Swear in the jury, please.

(Jury sworn)

THE COURT:  Ladies and gentlemen, this case is now officially on trial and you're the jurors in the case.

The function of the jury is to decide disputed issues in the case, disputed fact issues in the case.  To discharge this duty, it is important that you listen carefully to the witnesses as they testify and form no judgment with respect to any witness or the outcome of the case as the trial moves forward.  In short, it's important to keep an open mind throughout the entire trial.

It is also important to observe the witnesses as they testify.  The reason for this is that the credibility of some of the witnesses will be at issue.  You will be called upon to appraise the credibility or truthfulness of a particular witness's testimony.  Often it is not what a witness says or how the witness says it that may give you a clue as to whether or not to accept his or her version of the events or an event

1   is credible or believable.  In short, the witness's manner of

2   testifying before you, the witness's appearance -- that is

3   general demeanor -- is a factor that may play an important part

4   in your reaching judgment as to whether or not you can accept

5   that witness's testimony as reliable.

6          Now, as the trial proceeds, you may have impressions

7   of a witness or a subject, but you should not allow these

8   impressions to become fixed or hardened.  If you do, in a sense

9   you foreclose consideration of the testimony of other witnesses

10  or other evidence that may come in after the witness you heard.

11  This would be unfair to one side or the other.  A case can be

12  presented only step by step, witness by witness, before the

13  totality of all the evidence is before you.

14         Now, we know from experience that frequently we will

15  hear a person give a version of an event which sounds most

16  impressive and often compelling, and yet when we hear another

17  person's version of the same event, or even the same witness

18  cross-examined with respect to it, what is seen as very

19  compelling and impressive may be completely dissipated or weak.

20  In other words, usually there is another side to every story.

21  Thus, it is important to keep open mind throughout the taking

22  of evidence.

23         The parties and their counsel are instructed not to

24  speak to the jurors or to speak about the case in your

25  presence.  Thus, you should understand that if they fail to

1    acknowledge your presence, if you should see them at times when

2    the court is not in session, they are not impolite or

3    discourteous but simply following the order of the Court.

4          Now, a word about trial procedure.  The trial proper

5    will start with what are called opening statements.  The

6    attorneys representing each side will, before any evidence is

7    received, appear before you and make an opening statement.

8    This is a sort framework or reference as to what the case is

9    about, the issues in the case.

10         The attorneys will set forth what they believe -- and

11   I underscore the word believe -- what the evidence will show.

12   These statements by the lawyers are made in good faith and on

13   the basis of their preparation for trial.  But I must caution

14   you now, and probably will again during the course of the

15   trial, that however helpful these opening statements may be, so

16   that we could follow the testimony with reference to the issues

17   in the case, they are not a substitute for the evidence.

18         The only evidence that you may act upon is that which

19   you will hear from a witness, who will be sworn in your

20   presence, who takes an oath to tell the truth, and following

21   questioning on direct examination is subject to

22   cross-examination, and such documents or exhibits as are

23   admitted in evidence.

24         Now, the totality of the testimony of witnesses and

25   the exhibits is the evidence upon which you will reach a

1    verdict in the case.  If during the course of the trial a

2    lawyer for each side makes any statement or reference to a fact

3    matter, or includes a fact reference in a question, or

4    eventually in his or her summation refers to fact matters, you

5    will bear in mind that statements by the lawyers are not

6    evidence.  The sole and only evidence is that to which I have

7    already referred.

8            Now, upon the conclusion of all the testimony, the

9    lawyers will again address you.  This is called the summation.

10   Each will urge upon you the arguments that he or she believes

11   support whatever position he or she advocates.  You will, of

12   course, listen attentively to the lawyers.  The determination

13   as to whether or not you accept any argument advanced before

14   you by the plaintiff or the defendant is entirely up to you.

15   You make the fact determination.  You may accept such arguments

16   as appeal to you.  If not, you may reject them.

17           Following the lawyers' summations, the Court will

18   instruct you as to the law, and it is then that you will go

19   into the jury room and undertake your fact-finding function.

20   The ultimate decision in finding the facts, deciding the facts

21   is yours.  This must be based upon the evidence presented to

22   you.

23           Now, before we start the trial, let me give you a few

24   rules of the road.

25           First, please do not discuss the case with anyone.

F4D8MIT3                    Preliminary Instructions

1    This includes discussing the case in person, in writing, by

2    phone or electronic means -- be it text messaging, e-mail,

3    Facebook, Twitter, blogging, or any Internet chat room, Web

4    site or other feature.  If you have to tell someone, such as

5    your spouse or your employer, that you're serving on a jury and

6    that the trial may last as long as three to four weeks, that's

7    OK.  But when they inevitably ask you what the case is about,

8    please tell them that you're under strict instructions from the

9    judge not to discuss the case.  The reasons for this,

10   obviously, is that we want you to decide this case solely on

11   the evidence presented in this courtroom and not on the basis

12   of anything anyone who hasn't heard the evidence may think

13   about the case.  If you are asked or approached in any way

14   about your jury service or anything about this case, you should

15   respond that you have been ordered by the judge not to discuss

16   the matter, and you should report the contact to the Court as

17   soon as possible.

18          Now, along the same lines, you should not try to

19   access any information about the case, conduct your own

20   investigation or do research of any party or issue that arises

21   in the case from any outside source, including dictionaries,

22   reference books, or anything on the Internet.

23          There may be some media attention given to this case

24   in the newspaper, or on the radio, television or Internet.  If

25   there is that kind of media attention during the trial, you

1    must insulate yourselves from all information about this case,

2    except what comes to you in this courtroom through the rules of

3    evidence.  So when you leave here, and go to your home and pick

4    up the paper or check a Web site, if you see something about

5    the case, you must put the paper down or close the Internet

6    browser right away.  Do not read the article.  You should also

7    avoid listening to or watching any radio or television

8    discussion of the case.  Your sworn duty is to decide this case

9    solely and wholly on the evidence presented in this courtroom.

10           Finally, do not discuss the case even among yourselves

11   until all the evidence has been presented and the case has been

12   given to you for your deliberations.  The reason for this is

13   that the evidence will be presented one witness and one exhibit

14   at a time and it's important that you keep an open mind until

15   you have heard all the evidence.

16           Now, if you want to take notes during the course of

17   the trial, you may do so.  If you do take notes, be sure that

18   your note taking does not interfere with your listening to or

19   considering all of the evidence.  Also, if you take notes, do

20   not discuss them with anyone before or during your

21   deliberations.  Your notes are to be used solely to assist you,

22   and they are not to substitute for your recollection of the

23   evidence in the case.  The fact that a particular juror has

24   taken notes entitles that juror's views to no greater weight

25   than those of any other juror, and your notes are not to be

1    shown to other jurors during your deliberations.  If during

2    your deliberations you have any doubt as to the testimony, you

3    will be permitted to request that the official trial

4    transcript, which is being made of the proceedings, be read to

5    you.

6              Now, it is the duty of the attorneys to object when

7    the other side offers testimony or other evidence which the

8    attorney believes is not properly admissible.  Counsel also

9    have the right and duty to ask the Court to make rulings of law

10   and to request conferences at the sidebar out of the hearing of

11   the jury, and all those questions of law must be decided by me,

12   the Court.  You should not show any prejudice against an

13   attorney or any party because an attorney objects to the

14   admissibility of evidence or asks for a conference out of the

15   hearing of the jury or asks the Court for a ruling on the law.

16   As I already indicated, my rulings on the admissibility of

17   evidence do not indicate any opinion about the weight or effect

18   of the evidence.  You are the sole judges of the credibility of

19   all witnesses and the weight and effect of all evidence.

20             Ladies and gentlemen, what we are going to do is in a

21   few minutes we are going to the opening statements of the

22   lawyers.  But, first, Mitre and HBO have agreed that before

23   they present their opening statements, you should watch the

24   portion of the television program that is the subject of this

25   lawsuit.  It is a 22-minute segment of episode number 138 of

F4D8MIT3                        Preliminary Instructions

1   the HBO series Real Sports with Bryant Gumbel.  This program

2   was shown on HBO for the first time on September 16, 2008.

3   Please watch it carefully.

4            Are you ready to play the video?

5            (Video played)

6            MR. BEGLEITER:  Can we have the preliminary

7   instructions for the jury?

8            THE COURT:  I thought I gave them.

9            MR. BEGLEITER:  Concerning the case, that we handed up

10  to you that was agreed upon by the parties.

11           I misunderstood.  I apologize.

12           THE COURT:  Would you like to make an opening

13  statement at this time?

14           Mr. Constantine.

15           MR. CONSTANTINE:  Thank you, your Honor.

16           Your Honor, may I have permission to use a laser

17  pointer during my opening?

18           THE COURT:  Yes.

19           MR. CONSTANTINE:  Thank you.

20           Thank you, ladies and gentlemen of the jury, for the

21  important and difficult work you are about to do.

22           By carefully watching this TV show called "Children of

23  Industry," you have already done your most important work.

24  Please take a moment to fix in your minds what you saw and what

25  you understood was shown and charged in this TV show, and

1   specifically about Mitre and the people who work for that

2   company.

3            Right now, please ask yourself, what brand of ball was

4   Gurmeet Kumar, that poor little boy in Meerut, stitching.  The

5   one who was sold into slavery for less than a hundred dollars.

6   The one whose little brother died.

7            Ask yourself what brand of ball was labeled "child

8   labor free" as you watched kids stitching them.

9            Ask yourself what brand is associated with every

10  despicable practice portrayed in this show.

11           Please do that now.

12           You are now in the same position as millions of

13  American viewers who watched this show and was telecast 104

14  times in 2008.  And the verdict you render a few weeks from now

15  will not merely determine the dispute between Mitre and HBO,

16  because if Real Sports can get away with what they did here,

17  all bets are off.

18           My name is Lloyd Constantine.  I and my colleagues

19  from the firm Constantine Cannon are proud to have represented

20  Mitre since 2008.  As you will see when you watch the testimony

21  taken five and six years ago in the United States, in Britain,

22  and, most importantly, in India, it's been a very long

23  struggle, but the day of reckoning has finally come.

24           As you saw and heard, Children of Industry and its

25  host and correspondent, Bryant Gumbel and Bernard Goldberg,

1    constantly criticized soccer ball companies and talked about

2    "at least ten international brands."  But only one brand was

3    shown and mentioned over and over and over again, 24 times in

4    22 minutes, Mitre.

5            So, just a little bit now and more later about Mitre.

6    Since before today, most people in America, and I know the

7    judge asked you and none of you ever heard of it, so most

8    people had not heard of them.

9            So, who is Mitre?  Mitre is the oldest soccer ball

10   company in the world.  It was established during the 19th

11   century in England.  Mitre balls have been used many

12   championships.  Muhammad Ali wore Mitre equipment when he

13   regained the heavyweight crown.  Mitre's finest soccer balls

14   are made in the Punjab region of India and Pakistan.  That's

15   the world hub for the highest quality hand-stitched soccer

16   balls throughout the 20th and 21st century.

17           This is not an outsourcing story.  Those balls have

18   been made there for more than a century.

19           The Punjab is a region where child labor in hundreds

20   of industries has existed for thousands of years.  But child

21   labor has been substantially eliminated in this industry, in

22   the soccer ball industry, and mostly because of Mitre.  That

23   had been accomplished ten full years before this show was

24   telecast.

25           In 1995, Mitre was purchased by Pentland, a

1   family-owned company based in London that owns some brands that

2   you might recognize, like Speedo, the swimwear company, and

3   Canterbury, whose rugby jerseys were worn by the All Blacks of

4   New Zealand and the Springboks of South Africa, that was Nelson

5   Mandela's team.  You might recognize Hunter Boots, KangaROOS

6   footwear, some of the other brands that Pentland owns.

7          The very moment that Pentland bought Mitre in 1995,

8   its owners, Stephen and Andy Rubin, rallied the entire sporting

9   goods industry -- not just soccer, the entire world's sporting

10  goods industry -- in a worldwide effort to eliminate child

11  labor from the entire industry, and to attack the real cause of

12  child labor:  Poverty in the communities where these children

13  live.

14         This is Mr. Rubin.  This is Stephen Rubin right here.

15         You will hear his testimony and Andy Rubin's testimony

16  about this.

17         Here is a clip from HBO's files of an Atlanta TV news

18  piece in 1997, 11 years before this show, reporting on the

19  historic worldwide effort that this gentleman began.

20         (Videotape played)

21         MR. CONSTANTINE:  1997.

22         As the evidence will prove, by 1999, because of the

23  Rubins' leadership, child labor had been vastly reduced, in

24  soccer ball stitching that occurs in the homes of adult

25  stitchers in the Punjab, and has steadily decreased since.

F4D8MIT3                    Opening - Mr. Constantine

1   Cottage industries exist there, and in rural societies around

2   the world, allowing people, especially adult women, to help

3   support their families while raising children and doing

4   domestic chores.

5        I am going to talk to you more about Mitre, Pentland,

6   and this historic and very successful effort to eliminate child

7   labor a little bit later, but now, allow me to tell you a

8   little bit about the TV show you just saw before.

9        Children of Industry was featured in one episode of

10  Real Sports with Bryant Gumbel, a series that has been telecast

11  by Time Warner's HBO network for 20 years.

12       Real Sports is a news program, and as its name

13  suggests, it is supposed to report real news, not fiction, like

14  Boardwalk Empire or Girls.

15       But the evidence will demonstrate that most of

16  Children of Industry is fiction.  It's false and most of it was

17  a flat-out lie.  Because it was not only false, but it was told

18  with HBO's knowledge of its falsity.  Not only is the show a

19  pack of lies, as a witness who will come before you will

20  testify from India, but its producers also lied to everyone in

21  the process of making it.

22       I am going to preview for you just some of the

23  overwhelming evidence that you will receive demonstrating this

24  persuasive, reckless, and intentional falsity.

25       As you saw, and you will be shown it again, Children

1    of Industry is a tale of two cities in India -- and I use the

2    term "tale" advisedly -- Meerut in Utter Pradesh and Jalandhar

3    in the Punjab.  Those two places are 225 miles away and five

4    hours on a train.

5         First, I will preview the evidence demonstrated a

6    false story created in Meerut.  Then the separate, but equally

7    false, story created by Real Sports in Jalandhar.  Then the

8    grossly negligent and reckless way these falsehoods were

9    invented.  And, finally, perhaps the biggest sham, the closing

10   conversation that you just saw between Gumbel and Correspondent

11   Goldberg, the crosstalk.  That's what they call that, the

12   crosstalk.

13        So let's begin our journey to India in Meerut, where

14   Real Sports tells us that child stitchers are slaves in debt

15   bondage, working eternally, attempting to repay debts to soccer

16   ball companies.

17        Meerut is the home of Gurmeet Kumar.  He is a

18   character.  A character, that is how Bryant Gumbel, Bernard

19   Goldberg, and the show's producer, Joseph Perskie, describe

20   Gurmeet and Rishi, the baby brother whose death is a big

21   feature in this show.  You will see that testimony.  These poor

22   kids are just characters for Real Sports, playing a role of

23   abused victims in the tragedy portion of this show, in which

24   Mitre is cast as the villain and Real Sports and Bernard

25   Goldberg are heros.

1        While things in Meerut, like the death of that poor

2    baby, are horrible, very sad, most of what you saw about Meerut

3    and about the Gurmeet Kumar tragedy was falsified.  The scenes

4    were staged and Real Sports placed Mitre right in the middle of

5    that made-up world.  But the evidence will show you that not

6    one Mitre brand soccer ball has ever been manufactured in

7    Meerut.  Not one.  Never.  Not one.

8        While Real Sports hoped to find Mitre there, they

9    didn't.  They couldn't.  Because they have never been made

10   there.

11       Here is the show's producer, Joseph Perskie, admitting

12   that.

13       (Videotape played)

14   MR. CONSTANTINE:  But the truth, that didn't stop Real

15   Sports from placing Mitre right in the middle of Meerut and the

16   Gurmeet Kumar tragedy so the show could have a villain.  Real

17   Sports deceptively edited and sliced and diced interviews to

18   make people appear to be criticizing Mitre, when they weren't.

19   And appear to be talking about Jalandhar, one city, when they

20   were talking about Meerut, which is a very different place.

21       They did that to Kailash Satyarthi, who won the Nobel

22   Peace Prize for his work helping children.

23       This is Mr. Satyarthi you saw in the show.  Both Mr.

24   Satyarthi and Charlotte Ponticelli, the highest ranking U.S.

25   official working to stop child labor, will testify about how

1    Real Sports deceived them, deceptively edited their interviews

2    to make them appear to be saying something very different from

3    what they actually said.  You can do that with editing.  And in

4    Mr. Satyarthi's case, make him appear to be criticizing Mitre,

5    when his opinion of Mitre was exactly opposite.

6            Please watch this clip from the show where Mr.

7    Satyarthi seemingly criticizes Mitre's hypocrisy.

8            (Videotape played)

9            MR. CONSTANTINE:  But the actual interview of

10   Satyarthi that you will see shows that Mr. Satyarthi wasn't

11   shown Mitre's policy, and he wasn't talking about Mitre.

12           When I took his testimony in India, Satyarthi

13   testified that he had a high opinion of Mitre.  He had never

14   seen any kids stitching a Mitre ball.  And he was shocked.

15   When he first saw that, you know where he first saw it?  He saw

16   it while watching the same show that you just saw, on a DVD

17   sent to him by HBO.

18           (Videotape played)

19           MR. CONSTANTINE:  The Nobel Peace Prize winner knows

20   that Mitre is one of the leading social corporate

21   responsibility companies.

22           Real Sports intended that people blame all the

23   despicable conduct in Meerut -- some real, but as you will see

24   here in the trial, mostly just invented -- all on Mitre, whose

25   soccer balls were not made there and never have been.  I am

1   going to repeat that a number of times, and I apologize for

2   that.  By naming Mitre and showing its brand constantly and

3   exclusively, while the dialogue and the commentary and the

4   images veered back and forth between these two very different

5   places, Meerut and Jalandhar, with very different stitching

6   industries, involving very, very different companies, and by

7   deceptive edits, like the one that I showed you with Mr.

8   Satyarthi's interview.

9          Before we leave Meerut and the sham created there by

10  Real Sports, let's watch another piece of staging and deceptive

11  editing involving a little boy in Meerut whose portrayal

12  demonstrates many of the tricks used in making this show.

13         This little boy is Pankaj.  Real Sports portrays

14  Pankaj as a stitcher making balls for rich kids in America.

15         (Videotape played)

16         MR. CONSTANTINE:  I am going to show you a little bit

17  of the unaired footage, the outtakes, showing Pankaj playing

18  with materials being stitched by his mother and his sister in

19  their home, while the Real Sports cameraman, a gentleman named

20  Vijay Bedi, gives orders in Hindi translated as:  Talk to him.

21  Explain to him how to do it.  Talk to him.  He doesn't know how

22  to do it.

23         (Videotape played).

24         MR. CONSTANTINE:  You will see the whole thing during

25  the trial, and I want you to remember the sister on the right,

1    Poojah, a beautiful little girl.

2              Real Sports Associate Producer Zehra Mamdani confirmed

3    meeting this kid, but incredibly denied that Pankaj had been

4    portrayed as a child stitcher in the show where Bernie Goldberg

5    says:  Kids like these, making balls for kids like these, in

6    nice American suburbs.

7              So, after falsely placing Mitre in Meerut, where Mitre

8    soccer balls had never been made, Real Sports travelled 225

9    miles to Jalandhar, in the Punjab, near India's border with

10   Pakistan, to invent a separate, but equally false, story about

11   Mitre, in the vastly different soccer ball industry there with

12   vastly different companies.

13             In Jalandhar, Children of Industry said soccer ball

14   companies "like hiring children instead of their parents."  You

15   heard that.  Because they pay children a nickel an hour.  You

16   heard that several times.  Less than adults get paid.  And

17   because adults would unionize and go on strike.  Goldberg says

18   that at the beginning and again at the end of the show.

19             Goldberg also says that the soccer ball companies in

20   Jalandhar, as well as the U.S. and Indian governments, all

21   claim that no children are stitching soccer balls there.  When

22   they are shown that some kids are stitching, they say, We

23   didn't know.  Who hires kids, but won't employ their parents,

24   are hypocrites, hide their eyes, and pretend not to know.  The

25   only brand mentioned in the show, again, is Mitre, charged with

F4D8MIT3                    Opening - Mr. Constantine

1   every despicable practice, and most of those as fictional as

2   the twirling spiders in Game of Thrones.

3           As the evidence will show, the soccer ball makers in

4   Jalandhar, India, employ adults only to stitch soccer balls.

5   They are paid per-ball rates, not hourly.  The manufacturers

6   have absolutely no economic incentive for children to stitch,

7   as the payment for each ball is fixed and the same regardless

8   of who stitches it.  Most of the soccer balls hand-stitched in

9   Jalandhar are stitched in homes, a cottage industry, by adult

10  women.  Typical of all of the cottage industries in India.

11          The poor women who stitch soccer balls in Jalandhar

12  occasionally try to make some extra money by giving their kids

13  soccer balls to stitch.  That's how, and that's why, and that's

14  where, at home, children sometimes stitch soccer balls in

15  Jalandhar, but very, very infrequently.

16          Because since 1998, there has been a non-government

17  organization, or NGO, called the Sports Goods Foundation of

18  India, or SGFI, which has operated with the full support of

19  every soccer ball maker in Jalandhar.  That's the SGFI symbol.

20  And that is the truth.

21          SGFI does just one thing, in just one place,

22  Jalandhar, India.  It finds kids stitching soccer balls at

23  home, balls given to them by their mothers.  It gets those kids

24  into school and it gives those families the assistance

25  necessary to eliminate their need to use their kids for extra

F4D8MIT3                          Opening - Mr. Constantine

1    income.

2            Mitre does not manufacture soccer balls.  Mitre

3    doesn't make soccer balls.  Mitre is a brand.  Real Sports knew

4    that.

5            Mitre brand soccer balls are manufactured in Jalandhar

6    by two suppliers, companies called Mare & Company and Soccer

7    International.

8            (Continued on next page)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          MR. CONSTANTINE:  In 1998, those two and the other

2     manufacturers in Jalandhar established SGFI, with the help of

3     the international labor organization, Unicef, Save the

4     Children, a former prime minister of India, who is still on the

5     board, and with lots and lots and lots of help from Mitre.  In

6     1999, the SGFI child labor monitoring system was operating with

7     independent monitors from the world's foremost inspection

8     organization, which is based in Paramus.  Since then, SGFI

9     monitors daily make unannounced visits within the thousands of

10    homes where most of these balls are stitched.  They look for

11    and they find children stitching soccer balls -- because there

12    are kids doing it, very few, but some are; the balls are given

13    to them by their mothers -- and they put those kids into

14    special schools.  And then they give the families assistance so

15    the parents won't continue to have the kids do any work -- not

16    just soccer stitching, any work -- that would interfere with

17    their schooling.  This SGFI plate must be displayed on the door

18    of every stitcher's home in Jalandhar, adult stitcher,

19    authorized to stitch soccer balls.

20          Real Sports knew all about SGFI.  It was operating ten

21    years before the show, ten years.  The now rare instances of

22    desperate mothers using their kids for extra income wasn't the

23    story that Real Sports wanted.  But it was the real story.

24    Real Sports was repeatedly told by Indian reporters working for

25    them that the basic premise of the story in Jalandhar was

1    false.

2              Here is one of several memos from man Preet Kaur, Real

3    Sports' field reporter and primary Indian journalist, telling

4    that to the producers of the show.  "As I have explained and

5    mailed you earlier, there is no direct contact between company

6    and children or between contractor and children.  These balls

7    are taken out by trusted contractors/trusted employees outside

8    for stitching and are given to the parents of the children to

9    stitch."  "Parents/family members make children to stitch the

10   balls."  "Parents make their children stitchers due to the

11   necessity of their house."

12             And you're going to see wads of these memos telling

13   them that this is how kids wind up stitching soccer balls.

14             Mr. Perskie, who is the producer of the show, admitted

15   that he knew kids stitched soccer balls in Jalandhar, not as

16   the show claims because kids are hired or preferred but because

17   parents hired to stitch the balls give some to their kids to

18   stitch.  You'll see his admission.

19             Bryant Gumbel also admitted that he was told about

20   this central falsity in the show.  And you'll see that

21   admission as well.

22             In a 2006 memo from the associate producer of the

23   show, Zehra Mamdani, to Mr. Perskie, Mr. Mamdani tells him "we

24   can't really show abused kids because these kids are not being

25   beaten by their 'masters'; they're being slapped by their

F4DAMIT4ps                    Opening - Mr. Constantine

1    parents for not working."  But she told him, "I think this

2    story is doable if it's done in a clever way (which of course

3    it will be since you're working on it)."

4              "I hope this information didn't deflate too much air

5    from the story (ha ha) because we don't have the abused kids

6    like the camels piece."  "The camels piece" is a reference to

7    another Real Sports segment.

8              Ladies and gentlemen, this was the moment, this was

9    the moment, two years before the first telecast, when the

10   producers confronted the truth but decided instead to be clever

11   and make a hoax.  And since they couldn't really show abused

12   kids, as you see, the evidence will show, unfortunately, that

13   Real Sports themselves abused and lied to kids.  Most of what

14   Real Sports called research over the next two years was a

15   process of staging falsifications and lying to everyone,

16   especially the children, resulting in Children of Industry and

17   an effort at HBO to widely disseminate and publicize this show,

18   an effort in which Richard Plepler, HBO's powerful president,

19   took a very personal and active hand.

20             The sports story about Mitre not hiring adults because

21   kids are cheaper at a nickel an hour was just a flat-out lie,

22   constantly repeatedly Goldberg.  The big lie is made up of

23   component lies, like the one about not hiring adults because

24   they unionized.  Please watch Mr. Perskie admit that

25   fabrication.

F4DAMIT4ps                    Opening - Mr. Constantine

1              (Video recording played)

2              MR. CONSTANTINE:  You also see Mr. Perskie's admission

3     that the nickel-an-hour rate for ball stitching you heard about

4     over and over again, that it had absolutely no basis in fact.

5              (Video recording played)

6              MR. CONSTANTINE:  Perskie and Mamdani, the producer

7     and the associate producer, both swore that it was their job to

8     assure the show was factually accurate.  But despite her duty

9     to assure accuracy, Ms. Mamdani repeatedly also swore, under

10    oath, that she didn't remember the most basic things about the

11    show that she co-produced.  Here is a preview of Ms. Mamdani's

12    testimony.

13             (Video recording played)

14             MR. CONSTANTINE:  The associate producer didn't know

15    would wrote the script.

16             Next, please.

17             (Video recording played)

18             MR. CONSTANTINE:  The associate producer -- this is

19    the first show that she was an associate producer on, it was

20    telecast 104 times and available on demand -- according to her,

21    she doesn't recall ever actually watching the show.

22             Next, please.

23             (Video recording played)

24             MR. CONSTANTINE:  That's Ms. Mamdani's handwriting, in

25    her notebook.

F4DAMIT4ps                     Opening - Mr. Constantine

1          Next, please.

2              (Video recording played)

3          MR. CONSTANTINE:  Next, please.

4              (Video recording played)

5          MR. CONSTANTINE:  She didn't remember, but I want you,

6     ladies and gentlemen, to please remember Ms. Mamdani's

7     testimony about not searching for the saddest children and not

8     staging anything, as you watch this scene, where Ms. Mamdani

9     asks Poojah, that beautiful little girl I showed you before,

10    the sister of Prakash, expose herself and her disease,

11    stitching for an HBO cameraman, Vijay Bedi, at Ms. Mamdani's

12    request.

13             (Video recording played)

14        MR. CONSTANTINE:  I'm sorry I actually had to show

15    that to you, but you have to understand what went on here.

16        When I showed Ms. Mamdani 19 separate handwritten

17    notes of per-ball rates paid to stitchers in Jalandhar, in her

18    handwriting, in her notebook, she didn't recall writing that or

19    the meaning of any of that, because it puts a lie to the

20    nickel-an-hour fabrication and it showed why there was

21    absolutely no economic incentive for soccer-ball manufacturers

22    to use child labor.  The piece rate or per-ball rate is the

23    same regardless who stitches a ball.  And remember, Mitre

24    doesn't make the ball.

25        The real picture in Jalandhar, as with hundreds of

F4DAMIT4ps                    Opening - Mr. Constantine

1   cottage industries, is that kids are given work by their

2   parents.  Why?  In an effort to survive, in India.  Real Sports

3   knew that.  Their Indian researcher told them this repeatedly.

4   But in Jalandhar, SGFI is helping the family to survive without

5   using their children as labor, by providing vocational

6   assistance and economic assistance.  This has steadily and

7   drastically reduced the incidence of child labor in Jalandhar.

8           In 2007 and 2008, two years, a decade after the

9   program confronted widespread child labor, SGFI made more than

10  24,000 unannounced visits to 3,000 stitching homes in

11  Jalandhar, with SGFI plates nailed to their doors.  And in just

12  60 homes in two years, kids were found stitching soccer balls.

13  And of those 60 homes, in nine, the kids were found stitching

14  Mitre-brand soccer balls.  Nine cases in two years.  You know,

15  a zero-tolerance policy does not mean that something you don't

16  tolerate and fight hard to stop never happens.  The kids found

17  stitching were sent to special schools operated by SGFI.

18  Financial assistance and training was given to their parents.

19  And that 60 and nine in two years, that's how drastically the

20  incidence of child stitching has been reduced as a result of

21  the effort in the Punjab that this gentleman, Stephen Rubin,

22  Mitre's owner, began more than a decade before this show was

23  telecast.  Indeed, Mr. Satyarthi recorded the results of this

24  effort to Mr. Goldberg, but it was simply ignored.

25           (Video recording played)

F4DAMIT4ps                    Opening - Mr. Constantine

1        MR. CONSTANTINE:  "Decreasing very fast and it's going

2    to end soon," the contrast with the mid '90s.  And what

3    changed?  This guy.  That's what changed.

4        Real Sports knew all this.  Newsreels of this effort

5    featuring Mr. Rubin are prominent in the raw, unused footage

6    that Real Sports left on their cutting room floor.  Instead,

7    Real Sports just made up the story about Mitre, that doesn't

8    even manufacture balls, liking to hire kids to stitch them at a

9    nickel an hour, instead of their parents.  Not the truth.  Not

10   substantially true.  Just lies.  And lies formulated in a

11   grossly irresponsible and reckless manner, while the truth was

12   staring Real Sports right in the face.

13       Ms. Mamdani interviewed SGFI executive director Ravi

14   Purewal.  That's Mr. Purewal.  You'll see his testimony here in

15   the trial.  Mr. Purewal provided Mamdani extensive information

16   about SGFI's child-labor monitoring and rehabilitation

17   programs, at her request.  With SGFI's help, Real Sports could

18   have shown real stitching families and real kids stitching,

19   instead of the staged phony scenes that you saw, and show what

20   the industry in Jalandhar is doing to stop child labor and help

21   the families.  Mr. Purewal will testify.  Instead of finding

22   and showing the very few real kids stitching next to their

23   mothers, like little Poojah, like little Pantah, who actually

24   didn't know how to stitch.  Real Sports hired kids to pretend

25   that they were stitching balls in Jalandhar.  They brought

1   materials to the kids.  They doctored the ball panels with big

2   enlarged holes to make the kids look skilled, and they told the

3   kids what to do, just like they staged and were teaching that

4   little boy Pankash, that I showed you before.

5         You may recall that Bernard Goldberg in the show

6   refers to the holes on the unstitched panels of a soccer ball

7   as "pin-sized holes."  I'm glad there's a lot of women on the

8   jury who know what pin-sized holes are.  OK.

9         (Video recording played)

10        MR. CONSTANTINE:  You'll see the testimony of the

11  soccer ball maker from Jalandhar about these doctored ball

12  panels with enlarged holes.  Pin-sized holes?  Maybe bowling

13  pins.

14        Ladies and gentlemen, as the evidence is presented,

15  please pay careful attention to the size of the holes described

16  by Mr. Goldberg as pin sized and the many other details that

17  will allow you -- as the Judge told you, you are the judges of

18  the fact -- to determine, as Mitre contends, that these scenes

19  were all staged.  And HBO is very good at that.  They make good

20  movies.

21        Real Sports had the names and logos of many other

22  soccer brands that the producers swore under oath were being

23  stitched by kids in Jalandhar.  They swore that they saw the

24  Boyce brand and McGregor and Dunlop, and Adidas balls labeled

25  "Euro 2008," which was the biggest tournament that year.  Real

1    Sports documents also refer to kids stitching Niki, Puma,

2    Spalding, and Umbro Ball.  Real Sports even had footage, they

3    say, of balls being stitched by kids with the Pepsi brand on

4    it, as well as the signature of Ronaldinho, a soccer megastar.

5    That was the ball, when you watch the show, that was the ball

6    that bore the inscription "child-labor free," the one, as you

7    will learn, many who watched this show concluded was a

8    Mitre-brand ball.  You remember when I asked you that question

9    at the beginning, when I said, ask yourself right now, maybe

10   some of you thought that now.

11        Here is what you saw when you watched the show at

12   Children of Industry, with the Pepsi brand and Ronaldinho's

13   signature.

14        (Audio recording played)

15        MR. CONSTANTINE:  And here is the Pepsi branding and

16   Ronaldinho's signature from an early version of the show that

17   was edited out before it was telecast.

18        (Video recording played)

19        MR. CONSTANTINE:  Real Sports hid that scene.

20   Ronaldinho's signature, it was a target and lie about Mitre,

21   and Mitre alone, that has never, ever labeled its balls that

22   way.  Never.  Every kid named by Real Sports as a child

23   stitching a Mitre-brand ball was identified by SGFI, and swore,

24   under oath, that they were not stitchers but were induced by

25   Real Sports to pretend.  These three kids, named Manjit, Deepu,

F4DAMIT4ps                    Opening - Mr. Constantine

 1   and Aman -- you saw them in the show -- are all portrayed as

 2   stitching Mitre-brand balls.  They and the other kids will

 3   testify that they were induced by Real Sport to pretend to be

 4   stitchers, with those doctored ball panels, etc.

 5            (Video recording played)

 6            MR. CONSTANTINE:  You'll see their full testimony at

 7   trial.  You'll see a lot of other kids saying the same thing

 8   that, they were induced to pretend.  These two classes of kids,

 9   one of the kids that was sort of sporting in the beginning a

10   mustache, they're referred to as middle-class kids.  Anyway,

11   you will see their extended testimony about the products and

12   the instruction Real Sports provided to them.  You'll see the

13   attorneys that were hired by them in HBO to try to intimidate

14   these kids, like Manjit, that girl you saw before, who was

15   accused by one of these shouting attorneys of being a Bollywood

16   actress.

17            You know, unless and until extreme poverty ends in

18   India, there are going to be some child stitchers, in

19   Jalandhar, stitching at home, along with their mothers.

20   Showing that would have required Real Sports to abandon the lie

21   about Mitre hiring kids instead of their parents, and it would

22   have prevented Bernard Goldberg from playing hero.

23            (Video recording played)

24            MR. CONSTANTINE:  The false story about Jalandhar

25   gives all the fakery that they used in that first video of

1   Meerut, plus more.  Nobel Laureate Satyarthi's comments were

2   scattered throughout the Jalandhar portion, but when I took his

3   testimony in India, he stated that he didn't go Jalandhar with

4   HBO, he didn't even know -- he didn't even know -- that the

5   show involved Jalandhar.  He is based in Meerut.  His

6   organization is in Meerut.  He didn't know the show involved

7   Jalandhar.  And he had, quote, never been to Jalandhar in this

8   particular or in any investigation with anyone.

9               (Video recording played)

10              MR. CONSTANTINE:  Quite a deal to use a man like

11  Satyarthi as a foil for a lie that you want to tell.

12              This is Charlotte Pontichelli.  Charlotte Ponticelli

13  was the highest U.S. official fighting child labor.  She was

14  also unwittingly assigned the role of bungling U.S. government

15  official.  This dedicated and sophisticated career public

16  servant was duped and manipulated into a gotcha moment, and

17  everything she told Mamdani about our government's great and

18  very expensive effort to reduce child labor were edited out.

19  She'll testify, you'll see that Real Sports deceived her, they

20  deceived her, into believing that that Ronaldinho ball that I

21  showed you, she thought that was a Mitre ball.

22              The show's lies fooled not only Satyarthi and

23  Ponticelli, but correspondent Bernhard Goldman was fooled by

24  his own show and by his own words into believing that Mitre

25  labeled its soccer balls "child-labor free," something it has

F4DAMIT4ps                    Opening - Mr. Constantine

1    never done, because it doesn't use its corporate responsibility

2    policies to advertise.

3              Please watch and listen to Goldberg.

4              (Video recording played)

5              MR. CONSTANTINE:  But since the only brand shown and

6    mentioned is Mitre, it is not surprising that Goldberg deceived

7    himself.  And you'll see that at the trial.  The evidence will

8    show why the correspondence who constantly proclaimed his and

9    Real Sports' heroism was substantially clueless about his own

10   show, despite telling the viewers, quote, we found it, and "our

11   trip to Meerut" and many other "we"s and "our"s.  Goldberg

12   never went to India for this show.

13             Goldberg interviewed Satyarthi in an Indian-themed

14   hotel in London to make it appear that he had gone to India.

15   Goldberg never even bothered, never even bothered to watch the

16   show that he pontificates about with Bryant Gumbel at the end,

17   in the crosstalk.  Here is Mr. Goldberg admitting that he

18   didn't watch his own show, with Bryant Gumbel, and he didn't

19   even watch the show without him.

20             (Video recording played)

21             MR. CONSTANTINE:  Remember what his Honor said about

22   demeanor evidence.

23             During the trial you'll see all the basic things about

24   his show that Mr. Goldberg didn't know.  He admitted he didn't

25   know why he wrote, why he wrote to producer Perskie that the

1    description was, quote, unfair to Wal-Mart and Mitre.  And

2    Mr. Perskie testified that he didn't know why Goldberg's false

3    description was unfair to Mitre either.  Mr. Goldberg also

4    didn't understand the phony emancipation scene in the show

5    involving these two girls, Sonia and Sonam of Meerut.  As you

6    watched before, these two girls have supposedly been freed from

7    slavery by Kailash Satyarthi and are the newest students in

8    their school.  You heard that, right.  You also saw them

9    receive their, quote, very own emancipation proclamation, in

10   that scene involving a staged and nonexistent court decree.

11   But during the trial you'll see, these girls were not bonded

12   laborers and they were not being freed.  They were simply

13   brought to Mr. Satyarthi by HBO for a photo op on May 16, 2008.

14   The supposed court decree freeing them were just birth

15   certificates.  They are enrolled in an exclusive private

16   institution that just want middle schools, not in their village

17   school, as it was said, which is in the Nai Basti Village of

18   Meerut.  And to finish this little hoax within a big hoax, they

19   were dragged back in front of HBO cameras in late August of

20   2008 and they were pulled out of a play date and HBO made them

21   cry.

22        In this document, associate producer Mamdani asks

23   Children of Industry field reporter Manpreet Kaur why Sonia is

24   crying, and she's told that Sonia was crying because HBO took

25   her away from a play date with her sister for an HBO shooting

F4DAMIT4ps                    Opening - Mr. Constantine

1    session.  "Dear ma'am, Sonia was crying as she was a bit

2    hesitated to answer our questions.  And she was disturbed

3    because she went to her sister's place (to enjoy), and we

4    brought back to her house for filming.  This was also the

5    reason for filming in the evening, as a lot of time was wasted

6    in explaining her and bringing her back to her house.  And the

7    second reason is the weather was cloudy.  Thanks, Manpreet."

8            And now I'll show you a one-minute clip from a much

9    longer filming session with Sonia where three HBO stringers

10   pummeled Sonia with directions and questions, which you'll see

11   during the trial translated as, "Say loudly, say, Sonia, look

12   at me, listen, you speak from the beginning, Sonia, you tell

13   the whole thing about yourself, tell everything.  My name is

14   Sonia.  I study in this class.  I live in this village.  And I

15   am so many years old.  Say this all in one line.  Just say it.

16   Say it.  Speak, Sonia.  Speak.  Nothing will happen.  Speak."

17           (Video recording played)

18           MR. CONSTANTINE:  You're going to see this over and

19   over again, of all these kids being pounded and staged and say

20   this again, say this again, say this again.  The call

21   Ms. Mamdani swore that staging and direction did not occur.

22   You saw that before.

23           And when Mr. Goldberg, the clueless correspondent, saw

24   a reference to this scene -- you know, the emancipation

25   scene -- in a draft version of the script, he complained to

F4DAMIT4ps                    Opening - Mr. Constantine

1   Mr. Perskie: "Joe, a/k/a motherfucker, I still don't understand

2   the ID paperwork bullshit.  Can you write this in fucking

3   English also?"

4           HBO really cares about these kids.  And Goldberg

5   further demonstrated his deep concern for them in his comments

6   about a planned scene showing kids playing with the soccer

7   balls they used to stitch.  You recall, you saw the show,

8   Satyarthi says, these children have dreams to play with that

9   soccer ball which they stitched, but they can never.  They can

10  never."  Well, that feel-good scene was deleted from the show

11  after Goldberg threatened Perskie.  "Joe, this is so fucking

12  corny I can't stand it.  I'll do part one.  Get someone else to

13  read part two.  Please."

14          Mr. Goldberger confirmed -- and I you know, and I

15  should tell you something.  Mr. Goldberg was totally

16  unconcerned about the content of the show or anything about the

17  facts of the show.  When he was deposed, I said, you know, you

18  said there were ten international brands, can you name them.

19  He said, I can name one, Pepsi.  So he was totally unconcerned

20  about the content of the show, the truthfulness of the show,

21  the fact of the show.  But one thing that he was concerned

22  about was diction, grammar, and things that he thought were

23  "too fucking corny."

24          The only other thing that he was concerned about is,

25  he wrote to Mr. Perskie that it was unfair to Wal-Mart and

 1    Mitre.  But he forgot about what he meant there.

 2            Mr. Gumbel confirmed that the very format of the

 3    crosstalk at the end is a hoax.  Gumbel and Goldberg, seated

 4    together for brief seconds inside the mind of Gurmeet Kumar.

 5    Just look at them.  Isn't that a magic HBO moment, the kind of

 6    moment that only HBO can create?  Just look at that.

 7            Then after that magical moment, Gumbel and Goldberg

 8    tell viewers their interpretation of the show that they and the

 9    viewers just watched together, etc.  Gumbel and Goldberg

10    haven't watched the show together.  And incredibly, they

11    haven't even watched the show separately.  Here is Mr. Gumbel's

12    admission, matching the one you saw Mr. Goldberg make before.

13            (Video recording played)

14            MR. CONSTANTINE:  And as you will see, Mr. Gumbel's

15    confession went well beyond that, but for now please consider

16    that Mr. Gumbel declared Mitre guilty and a lying or lousy

17    investigator in the crosstalk.

18            (Video recording played)

19            MR. CONSTANTINE:  He rendered that verdict without

20    even knowing whether Mitre soccer balls are made in India.

21            (Video recording played)

22            MR. CONSTANTINE:  This was a show about soccer ball

23    stitching in India.  The host didn't know where the Mitre

24    soccer balls were manufactured.

25            Gumbel didn't go to India.  Goldberg didn't go.  The

F4DAMIT4ps                    Opening - Mr. Constantine

1   producer, Mr. Perskie, was not present when any of the India

2   footage was shown, not one image.  Associate producer Mamdani

3   was the only HBO employee present when any of the India footage

4   was shown.  But she was in Meerut, where Mitre soccer balls

5   have never been made, orchestrating Real Sports' complete

6   fabrication of the truly tragic events in the life of Gurmeet

7   Kumar and her baby brother, Rishi, who died.

8           Judge Daniels will explain to you what gross

9   irresponsibility means as it is applied to trust, or what it

10  means to recklessly disregard the truth and what practices are

11  malicious in this kind of case.  But you, the judges of the

12  facts, will be able to determine that, with no presence of HBO

13  employees in India, most of the work was done by what Real

14  Sports called their "stringers," the Indian reporters that they

15  hired.  You'll see their testimony.  Producer Perskie testified

16  that they were professional, accomplished, responsible

17  journalists.  This lady is Veena Sharma.  She testified

18  repeatedly that she never saw a single child under the legal

19  age of 14 stitching a soccer ball.

20          (Video recording played)

21          MR. CONSTANTINE:  And you'll see Sumit Khanna.

22  Mr. Khanna walked out in the middle of his deposition, said,

23  right now I'm very tired because everything has slipped from my

24  mind, came back nine days later and testified that he shot a

25  lot of footage without any HBO employee present, and that

F4DAMIT4ps                    Opening - Mr. Constantine

1    everything he shot was rejected by Ms. Mamdani, everything.

2              This gentleman is Yatish Yadav, another Real Sports

3    stringer.  Like Mr. Perskie, Mr. Yadav was not present when any

4    of the footage used by Children of Industry was shot, not one

5    image.

6              And this, ladies and gentlemen, that is Vijay Bedi,

7    another among Real Sports' professional, accomplished,

8    responsible journalists, according to Mr. Perskie.  Mr. Bedi

9    swore under oath that he was just doing camera work under the

10   supervision of HBO.  He's the guy who provided Poojah exposing

11   herself and her diseased, ravaged chest, at Ms. Mamdani's

12   request.  Please watch carefully this scene that Mr. Bedi

13   directed and photographed for six full minutes, three weeks

14   before Ramit Kumar's brother died.

15             (Video recording played)

16             MR. CONSTANTINE:  I'm sorry.  I apologize for having

17   to show that to you.

18             Ms. Mamdani and Mr. Perskie testified that they

19   reviewed all of the raw footage of the Gurmeet Kumar family

20   shot in their home, before selecting images, and the sound

21   bites that you saw before in the show.  After doing that, the

22   script of the show reports "three weeks after we met him,

23   Gurmeet's baby brother died.  Gurmeet got three hours off to go

24   to the funeral.  Then it was back to work.  After all, his

25   death still very much alive."  Clever.

1          This gentleman is Real Sports stringer Harinder Singh.

2     Mr. Singh will testify that he helped Real Sports set up

3     David's shoot days in advance despite Mamdani's testimony that

4     HBO's family simply photographed what people were doing without

5     any staging or direction.  Mr. King testified that he did not

6     know whether the stitchers were adult or children, that Real

7     Sports refused his suggestion to get proof of age.  He also

8     testified that he wasn't sure whether rugby balls or soccer

9     balls or something else was being stitched.  Mr. Singh also

10    testified about scenes of children in industry that were

11    dramatized and fabricated.  Here's one of the scenes in

12    children of city that Mr. Singh swore was dramatized and

13    fabricated, scenarios shot where no faces can be seen.

14          (Video recording played)

15          MR. CONSTANTINE:  The younger kid appearing in

16    Children of Industry whose name and address was disclosed and

17    even some of the raw unused footage that wasn't used in the

18    show was located by SGFI, because that's what they do.  They

19    find kids and they help them and their family.  They swore that

20    they were not stitchers but were induced to act in this Real

21    Sports show.  You'll see their testimony.  But here, the

22    faceless stitchers, who appear skilled, were not identified,

23    preventing Mitre and SGFI from helping and finding them if they

24    actually needed help.  The raw footage reveals that these

25    stitchers, described by Goldberg as "not much older than ten"

F4DAMIT4ps                    Opening - Mr. Constantine

 1    in fact include one stitcher that is 31 years of age, and

 2    others that are 19 years of age.  As they told Real Sports

 3    stringer Vijay Bedi as he filmed them, you'll see the evidence.

 4            And the scene was further fabricated because Real

 5    Sports provided these skilled stitchers Mitr ball panels to

 6    stitch.  From the raw unused footage provided to Mitre, here

 7    are the faces of the people that Goldberg said were, quote, not

 8    much older than ten.

 9            and here are the neatly laid-out Mitre ball panels

10    brought to this location.  Yes, unique they are.  And here are

11    the rugby balls that were actually stitched at that location.

12    You didn't see that in the film, did you?  Never shown to the

13    viewers, but found in the Real Sports scrapheap.

14            Now, I've deconstructed several of these scenes for

15    you.  I deconstructed this scene.  I showed you how the

16    emancipation farce was done.  I showed you how Pankash was

17    portrayed as a stitcher when, you'll see during the trial was

18    actually pulling the thread with his teeth, sticking it in his

19    nose, etc.  I've deconstructed these scenes.  I can't do that

20    with everything that you saw in the show.  And you're going to

21    be inundated during this trial with scenes of kids purportedly

22    stitching soccer balls.

23            And you know what, kids actually do stitch soccer

24    balls, you know.  Certainly in Meerut they do, where Mitre

25    balls are not made.  But what I'm telling you is that during

F4DAMIT4ps                    Opening - Mr. Constantine

1    the course of the trial all of this will be deconstructed for

2    you.  A lot of what you're going to be inundated with are

3    scenes from Meerut, where Mitre has never been.  Others are

4    going to be involving older kids who look young.  Some of these

5    are kids who can stitch but they were provided to Mitre stuff

6    just like this scene here.  And there are going to be lots of

7    falsified scenes like Manjit and Deepu and Aman and Preeti and

8    Sabitah.  So you'll see all of their testimony.  You'll even

9    see a kid stitching something called a netball, where is a game

10   virtually unknown in the United States.  This kid is 12.  And

11   you will see the testimony, that he was a 12-year-old.  He goes

12   to school full time.  He comes home and he stitches soccer

13   balls.  He stitches netballs a couple of hours a day.  And that

14   is lawful in India because if you're going to school full time

15   you can do that.  And you'll see that.

16          You'll not only see that, but you will see that the

17   producers found that out from an expert named Dr. Helen Seekar

18   at a university in Delhi.  But, you know, they just threw that

19   information away.

20          So I can't do all of that in the opening.  But during

21   the course of the trial, you will see this whole hoax

22   deconstructed.

23          Up to this point I focused on this show, the false

24   story in Meerut, the separate false story involving the very,

25   very different industry and different company in Jalandhar, and

F4DAMIT4ps                    Opening - Mr. Constantine

1   the grossly irresponsible and reckless way that these lies were

2   concocted, with the truth staring Real Sports right in the

3   face.

4           Now I'm going to tell you a little bit more about

5   Mitre, as I promised, the company that was lied about and

6   savaged repeatedly, exclusively in this hoax, a hoax on Mitre

7   and a hoax on the American public.

8           As current and former executive, Mr. Rubin will

9   testify.  Mitre was the seventh largest soccer brand in the

10  world, behind Niki, Adidas, Puma, Umbro, and others.  Mitre is

11  one brand of some 13 brands.  And I mentioned seven of them

12  before.  They are owned by Pentland, which is a family-owned

13  company established 80 years ago as Liverpool Shoe.  Mitre-

14  brand soccer balls have never been manufactured in Meerut, not

15  one.  Never.  The place where Real Sports depicted Mitre as

16  slave masters and the company responsible for that tragedy in

17  Gurmeet Kumar's family.

18          Mitre and Pentland are not the liars and lousy

19  investigators that Bryant Gumbel accused them of being without

20  even knowing where their balls are made.  Mitre has never

21  claimed that child labor does not exist in Jalandhar.  In fact,

22  before the show was telecast, Mitre sent Real Sports a letter

23  telling them that they were completely aware and completely

24  involved with the SGFI program to find the very few kids still

25  stitching soccer balls.  Real Sports also got a statement

F4DAMIT4ps                    Opening - Mr. Constantine

1    before the telecast from SGFI to distinguish that.  There were

2    so many moments where they looked the truth in the face and

3    said, you know what, let's be clever.

4           Pentland bought Mitre in 1995.  Child labor was very

5    common in the soccer ball industry in the Punjab.  75 percent

6    of the world's soccer balls were made there.  The moment, the

7    very moment that this gentleman bought Mitre, he and his son,

8    Andy Rubin, went into action to address the problem of child

9    labor in the Punjab.  That year, '95, Mr. Rubin was made

10   president of a worldwide federation of sporting goods

11   companies, 12,000 companies, that includes every major sports

12   equipment brand in the world.  They elected him to that

13   position.  His very first act as federation president was to

14   convene a conference in Switzerland devoted to the eradication

15   of child labor, attended by all of the big brands in the world:

16   Unicef, the International Olympic Committee, Save the Children,

17   and Anti-slavery International, which is the oldest human

18   rights organization on the planet.

19          The next year, Mr. Rubin hired Lesley Roberts, the

20   head of Anti-slavery International, to head Mitre's corporate

21   responsibility department.  You'll see her testimony.  She is a

22   world-renowned authority on slavery in childhood.  She'll

23   testify about what it meant for Pentland to give a blank check

24   to an activist like her.  Mr. Satyarthi will testify about his

25   collaboration on these initiatives, and recognitions of

F4DAMIT4ps                    Opening - Mr. Constantine

1    Mitre's, quote, leading corporate social responsibility policy.

2            (Video recording played)

3            MR. CONSTANTINE:   1997, a meeting that Mr. Rubin held

4    in Switzerland called the Atlanta agreement, which was all of

5    the soccer ball makers in Sialkot, again, where 75 percent of

6    the world's soccer balls are made, resulting in the substantial

7    elimination of child labor from the huge stitching industry

8    there.  Mitre was not a manufacturer, but it was heavily

9    involved in establishing those procedures in that town.  Here's

10   a clip from Mr. Rubin's address at that Atlanta meeting.  You

11   know where we found the clip?  It was in HBO's file.

12           (Video recording played)

13           MR. CONSTANTINE:   This is HBO footage.

14           This is why we're here, ladies and gentlemen, because

15   they told all those lies about this man and his company.  1997.

16   And the very next year, 1998, Mitre helped establish the SGFI,

17   in Jalandhar, a hundred miles away, as you will see and hear

18   from Ms. Roberts, from Mr. Rubin, from Andy Rubin, and from

19   Mr. Satyarthi himself, who praised the anti-child-labor efforts

20   in both Sialkot and Jalandhar.

21           Stephen and Andy Rubin will also testify about the

22   mandate given to Ms. Robert, whom you saw before, really an

23   unreasonable woman in the best sense of the word -- a woman who

24   always saw every problem under the sun, a woman who was never

25   satisfied, no matter how much progress was made, and never

1    could be satisfied.  That's why Stephen Rubin hired her.

2            Under Roberts and the Rubins' leadership, Mitre's

3    corporate responsibility and supply chain executives

4    relentlessly inspect supply facilities India and all around the

5    world, fighting the pandemic of child labor and providing the

6    workers living wages so that parents don't have to sacrifice

7    their children's future.  When a violation of their policy

8    occurs, they don't jump ship and leave the community; they work

9    to address it.  That investment by Mitre and Pentman to the

10   community governs their dealings in Jalandhar and everywhere

11   around the world where their branded products are made by other

12   companies.

13           You know, it was really disgusting and particularly

14   perverse, particularly perverse, for Real Sports to have

15   singularly targeted Mitre and this man, because it has really

16   walked the walk in eliminating child labor from this industry

17   and other industries, which still occurs, though very rarely,

18   because of extreme poverty, not because of evil soccer brands

19   or evil soccer manufacturers or subcontractors or

20   contractors -- by the way, none of which are ever named in the

21   show, leaving the viewer only one name, one brand, to blame for

22   everything: Mitre.

23           (Continued on next page)

24

25

1          MR. CONSTANTINE:  In Meerut, where Real Sports

2     portrayed Mitre as slave masters, the simple truth that the

3     producers knew, as you saw, Mitre soccer balls are not made

4     there and never have been.

5          The devastating effect and damage suffered by

6     family-owned Mitre will be detailed by many witnesses.  Because

7     the Rubins are Englishmen, I think I have the right to sort of

8     paraphrase Shakespeare now, about what happens when a wonderful

9     reputation, a hard-earned reputation is damaged by lies.

10    Shakespeare said something like:  "Who steals my purse steals

11    trash, but he that taketh from me my good name robs me of that

12    which not enriches him, but makes me poor indeed."

13         You know, I respect my distinguished adversary, but I

14    am not going to wish him good luck in trying to rationalize and

15    excuse how Mitre was lied about exclusively, recklessly and

16    intentionally.

17         This trial involves a sport, soccer, but this is not a

18    sporting event.  It's a search for the truth and for a just

19    result.  So that companies like Mitre, that put their money

20    where their mouth is, won't be lied about, and so the American

21    public can trust news programming and won't be lied to and

22    manipulated about a serious problem.  Because when you do that,

23    you do great damage to the effort to solve that problem.

24         Please remember this when my adversary tries to spin

25    the very end of the show, when Mr. Goldberg clumsily speculates

 1   that Mitre might have wanted to stop, but that Mitre's

 2   subcontractors are evildoers, who hire kids instead of adults,

 3   a lie, because they make a nickel an hour, another lie, and

 4   because they won't unionize and strike, another lie.  Followed

 5   by Mr. Gumbel's reindictment of Mitre, he has already declared

 6   guilty, and lying and lousy investigators.  Please remember

 7   that if Mr. Butswinkas tells you that Mitre was treated fairly

 8   because of Mr. Goldberg's final half-assed expression of doubt,

 9   laced with falsehood and his glaring Freudian slip.  You heard

10   him say, every single one of those kids working could be thrown

11   out of work today and hired by a parent.

12        (Videotape played)

13        MR. CONSTANTINE:  Mr. Goldberg didn't know much.  He

14   didn't go to India.  He didn't even watch his own show.  But

15   that much he did know.  He knew who was making these poor kids

16   work.  Their poor parents, not Mitre.

17        Before I take my seat, please remember what you saw

18   and understood about this show before I began talking, and

19   please remember now, and more importantly a few weeks from now,

20   what your answers are to the questions I asked.  What brand of

21   ball you thought Gurmeet Kumar, the boy in Meerut, was

22   stitching?  The one who was sold into slavery for less than a

23   hundred dollars.  The one whose baby brother Rishi, who was

24   never given a name on the show, the one who died, what brand of

25   ball was given to Rishi?  What brand of ball was labeled "child

F4D8MIT5                     Opening - Mr. Constantine

1   labor free" as you watched this video?  What brand of ball was

2   associated with every despicable practice invented and staged

3   by HBO in this farce?

4            Please remember what your answers to those questions

5   were before I began reviewing the evidence.  And when the trial

6   concludes you will add your answer to a fourth question:  Did

7   Children of Industry report the truth or was it just a clever

8   pack of lies targeting Mitre?

9            The viewers who watched this in 2008, they didn't have

10  lawyers like me or Mr. Butswinkas to review the evidence.  All

11  they had was the show.  This is what they saw, this is what

12  they heard, and this is what they remembered.

13           (Videotape played)

14           MR. CONSTANTINE:  Clever.

15           Thank you.

16           THE COURT:  Mr. Butswinkas, I can do one of two

17  things.  I can give the jury a short five-minute break and you

18  can take ten minutes and begin today or we can adjourn and

19  begin in the morning.

20           MR. BUTSWINKAS:  Option one, your Honor.

21           THE COURT:  Why don't we do this.  I am going to give

22  you a short break in the jury room.  Just stay in the jury

23  room.  Use the bathroom and rest yourself for a minute.  I will

24  bring you back out.  We will take ten minutes, keep us on

25  schedule.  Then we will adjourn for the day.

 1              Don't discuss the case, keep an open mind, and I will
 2     see you in five minutes.
 3              (Jury exits courtroom)
 4              (Recess)
 5              (Jury present)
 6              THE COURT:  Mr. Butswinkas, why don't you begin for
 7     ten minutes.
 8              MR. BUTSWINKAS:  Thank you, your Honor.
 9              May it please the Court, ladies and gentlemen.
10              I tell my two boys more often than they want to hear
11     that actions speak louder than words.  And I want you to
12     remember what Mr. Constantine said in his last five minutes.
13     Mitre relentlessly inspects to make sure children are not
14     stitching soccer balls in their supply chain.
15              This story ran on September 16, 2008.  And after the
16     report ran, HBO received a letter from Mr. Constantine.  And in
17     that letter, he said, children were not stitching Mitre soccer
18     balls in Jalandhar, India.  And I waited for the better part of
19     an hour and 35 minutes to see if he would repeat that, whether
20     he would tell you again that children were not stitching Mitre
21     soccer balls in Jalandhar, India.  And it never came.  He never
22     said it.  And you will know why after you hear the case, after
23     the evidence comes in.  Not from what the lawyers say, not from
24     what the lawyers play, not from the lawyers' edits, but from
25     the evidence.

1              Because what happened after they saw the HBO report
2       was Mitre sent one of its three investigators that it had on
3       full-time staff at Pentland.  By the way, those are three
4       investigators.  They don't deal with child labor at all; they
5       are over in the counterfeiting side, because that's the side
6       that costs Mitre money.  But when this report ran, they pulled
7       one of those guys off, who spent 80 percent of his time on
8       counterfeiting, and they said, sir, go over to Jalandhar and
9       see what you find.  See if you can find the same thing HBO
10      found in the report.  Were kids stitching Mitre soccer balls in
11      Jalandhar, India?
12             A gentleman with 31 years of experience, used to be a
13      policeman, and just like Mr. Goldberg said, and just like HBO,
14      when he went over there, he didn't have subpoena power, and he
15      didn't have guns, and he didn't have a badge.  But you know
16      what he found?  You know what he found?  The evidence will show
17      he found exactly what HBO reported in their report.  Kids
18      stitching Mitre soccer balls in Jalandhar India.  From the same
19      time period as the report, 2007 and 2008.
20             Ironically, he even found evidence of a little child
21      stitching a Mitre soccer ball on September 16, 2008, the very
22      date of the report, a little girl named Dembell.  And he was
23      pretty hamstrung by what he could actually look for.  He didn't
24      really do a full-scale investigation.  He didn't even speak the
25      language of the country to do that.  He found that evidence by

1    pulling open a file drawer.  That's all it took.

2            Before that time, before the report, there had never

3    been a single document in Mitre's files discussing, looking to

4    see if there were children stitching their soccer balls in

5    Jalandhar, India.  Not a report, not an e-mail, nothing.  You

6    know why?  Because they never even asked for those reports

7    until after the report ran.

8            And after they found the same thing that HBO found,

9    children stitching Mitre soccer balls in Jalandhar, India, they

10   didn't send out a corrective press report to say, well, you

11   know, we did find some kids stitching our soccer balls.  And

12   they didn't send a letter back to HBO saying, oops, our bad.

13   Nothing.

14           Let me tell you what they did instead.  When HBO was

15   going to do this report, they had hoped to get Mitre to be

16   interviewed on camera, to answer questions about the report, so

17   they can include it on their televised report.  They declined.

18           HBO went a step further and sent still shots of some

19   of the kids that it had found stitching Mitre soccer balls in

20   Jalandhar, India over to Mitre:  A little girl named Preeti, 7

21   years old.  Her sister Savita, 10 years old.

22           The next day the Mitre machine kicked into action.

23   They sent those still shots of those children to the so-called

24   monitoring organization they talked about, the SGFI.  And those

25   folks showed up at the family of Preeti and Savita.  They live

F4D8MIT5                          Opening - Mr. Butswinkas

1    in a two-room house, a kitchen and a room that's 10 by 12.  You

2    know who showed up?  Six men showed up at their house to stomp

3    out child labor, and stomp it out they did.  Three came from

4    SGFI, the so-called monitoring organization.  Two from Mare &

5    Company, Mitre's manufacturer, and one from the subcontractor

6    in the area.  And this was a family living in the very poor

7    part of a village in Jalandhar from the map that Mr.

8    Constantine showed you.

9           And Mr. Satyarthi, who you heard in the report and who

10   Mr. Constantine spoke very highly of during his opening, a

11   Nobel Prize winner who has spent his entire life devoted to

12   dealing with child labor in India, who was interviewed

13   countless times, not just in the snippets that Mr. Constantine

14   played you, not in his illusive editing of what Mr. Satyarthi

15   said.

16          Let me tell you two things that Mr. Satyarthi said

17   that I think will ring true with you.  He said, the people in

18   this industry, the soccer industry, over there in Jalandhar and

19   Meerut, they are very, very strong people, connected people,

20   powerful people.  He compared them to the mafia.  And he said

21   the children there and the parents there are kept in fear.  And

22   what we know from some of these parents testifying is they

23   believed it was illegal if their children were caught

24   stitching, and they believed that the parents could go to jail

25   if they were caught.

F4D8MIT5                              Opening - Mr. Butswinkas

1            After these six men visited the home of Preeti and

2       Savita, they sent a little video back to HBO as dispositive

3       proof that kids in Jalandhar, India were not stitching Mitre

4       soccer balls.

5            Let me contrast what we found and then what we were

6       sent by Mitre.  This is one of the girls stitching.

7            This is a little 7-year-old girl.

8            (Videotape played)

9            MR. BUTSWINKAS:  I will show you her sister Tumara.

10      Her sister is 10 years old, and she is stitching.

11           The allegation in this case is that these journalists,

12      who have no experience in stitching soccer balls, showed up on

13      the scene, ran around the villages of Jalandhar, and trained

14      all these kids to stitch and then filmed it.  And these six

15      people showed up at Preeti and Savita's house.  They made their

16      own video.

17           Let me show you what that is.

18           (Videotape played)

19           MR. BUTSWINKAS:  Your Honor, may I have two minutes?

20           THE COURT:  Yes.

21           MR. BUTSWINKAS:  Let me tell you what the evidence was

22      after this video.

23           Well, Mrs. Singh, their mom, testified that they lived

24      in a poor village, and it was a village known for soccer ball

25      stitching.  And that when those six men showed up, she didn't

F4D8MIT5                    Opening – Mr. Butswinkas

1    want to go in the car with them, but she felt like she had to.

2    And she thought that she had to cooperate.  Otherwise, the

3    factory that she worked in would close.  And she said, whatever

4    I was told, that is what I said.

5           And what they said was that what happened was somebody

6    forcibly clicked the picture of the two daughters with a ball

7    in their hand to make it look like they were stitching.  They

8    said that because they thought all HBO had was a picture of

9    them, and not film.  And they said, they stuck a ball in their

10   hand and some needles and clicked the picture real quick to

11   make it look like they were stitching.  And yet there's minutes

12   and minutes and minutes of these kids stitching.

13          Now, the mom is a soccer ball stitcher, and she does

14   it every day, but three versions of the facts came out about

15   that.  And Savita, the young girl, said that, yeah, someone

16   forcibly put a ball in her hand and they quickly clicked the

17   picture.  But there are minutes and minutes of actual footage

18   of them actually stitching.  And she admitted at her deposition

19   that she didn't actually attend school, even though she is

20   shown in a school uniform in a video.  And she sat with long

21   silences trying to explain how she could have a notebook with

22   homework when she didn't even know how to sign her name.

23          Preeti, the other a little girl, said, the game that

24   they say that they are playing in the video, they never even

25   heard of.  They never even played it.

F4D8MIT5                              Opening – Mr. Butswinkas

 1          These are the same folks that showed up at Deepuman's

 2     house and at Manjit's house, in a world where people depend on

 3     25 cents a ball for their livelihood.  And you will see what

 4     they say, and it won't be me or Mr. Constantine who decides

 5     what the truth is.  That is what is so great about the jury

 6     system.  We have you all.  You have no view before you get

 7     here.  I am an advocate.  He is an advocate.  But we have you

 8     all to decide which side is the truth.  And that's what this

 9     case is going to be.

10          Your Honor, that is a good place to break.

11          THE COURT:  Ladies and gentlemen, we are going to

12     adjourn for the day.  I am going to ask you to be inside the

13     jury room before 9:45.  If we can get a good early start at

14     that time, then I can keep us on schedule, and even try to keep

15     us ahead of schedule.

16          So keep an open mind, don't discuss the case, and keep

17     an open mind.  I will see you tomorrow at 9:45.

18          (Jury exits courtroom)

19          THE COURT:  Let's continue at 9:30 in case there are

20     some issues that we have to address before the jury comes in.

21          See everyone tomorrow morning.

22          (Adjourned to April 14, 2015, at 9:30 a.m.)

23

24

25